Official Form 1 (04/10)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Singles Roofing Co., Inc,* <br> *a Corporation* | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> *aka United States of America Roofing Co* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): *363100720/26-1620343* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): <br> *936-940 East Chicago Street* <br> *Elgin IL*   ZIPCODE *60120* | Street Address of Joint Debtor (No. and Street, City, and State):   ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: *Cook* | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): <br> *SAME*   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *SAME*   ZIPCODE |
|---|

**Type of Debtor** (Form of organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Official Form 1 (04/10)                                                                                                    FORM B1, Page   2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***Singles Roofing Co., Inc,***<br>***a  Corporation*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**     (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**<br>_____   ***06/29/2010***<br>Signature of Attorney for Debtor(s)              Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and exhibit C is attached and made a part of this petition.<br>☒  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made part of this petition.<br>If this is a joint petition:<br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (04/10)                                                                 FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | *Singles Roofing Co., Inc, a Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

06/29/2010
(Date)

### Signature of Attorney*

X */s/ Ralph J. Schindler, Jr.*
Signature of Attorney for Debtor(s)

*Ralph J. Schindler, Jr. 2484471*
Printed Name of Attorney for Debtor(s)

*Law Offices of Ralph J. Schindler, Jr.*
Firm Name

*53 West Jackson Blvd*
Address

*Suite 818*

*Chicago IL  60604*

*312 554-1040*
Telephone Number

*06/29/2010*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Robert A. Durchslag*
Signature of Authorized Individual

*Robert A. Durchslag*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*06/29/2010*
Date

FORM B6A (Official Form 6A) (12/07)

In re _Singles Roofing Co., Inc_____ ,          Case No._____
                                    Debtor(s)                                                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _5 North 297 Bluff Drive, St. Charles, IL_ | _Fee Simple_ | | $ 1,500,000.00 | $ 1,500,000.00 |
| _287 Vincent, Elgin Illinois_ | _Fee Simple_ | | $ 350,000.00 | $ 350,000.00 |
| _1450 Wing Street, Elgin, Illinois_ | _Fee Simple_ | | $ 100,000.00 | $ 100,000.00 |
| | | | | |

No continuation sheets attached

**TOTAL $**  | 1,950,000.00 |
**(Report also on Summary of Schedules.)**

In re _Singles Roofing Co., Inc_                                    ,    Case No. _____

        Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | | *$ 100.00* |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposit with various utilities*<br>*Location: In debtor's possession* | | *$ 1,500.00* |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re _Singles Roofing Co., Inc_____ ,   Case No. _____
                        Debtor(s)                                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | *USA Roofing, Inc*<br>*Location: In debtor's possession* | | *$ 0.00* |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *Accounts Receivable*<br>*Location: In debtor's possession* | | *$ 3,500,000.00* |
| | | *Accounts Receivable*<br>*Location: In debtor's possession* | | *$ 250,000.00* |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2 Daimler Chrysler Trucks secured by DCFS USA LLC*<br>*Location: In debtor's possession* | | *$ 150,000.00* |

In re _Singles Roofing Co., Inc_____ ,      Case No. _____
                          Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Kettles and Tankers** Location: In debtor's possession | | $ 15,000.00 |
| | | **Cars and Trucks** Location: In debtor's possession | | $ 350,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furniture, Equipment, Computers** Location: In debtor's possession | | $ 4,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory, nails, screws** Location: In debtor's possession | | $ 6,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 4,276,600.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re *Singles Roofing Co., Inc* _____ ,    Case No. _____

**Debtor(s)**    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: <br>*Creditor # : 1* <br>*DCFS* <br>*13650 Heritage Parkway* <br>*Fort Worth TX 76177-0000* | | *Statutory Lien* <br><br>Value: *$ 150,000.00* | | | | $ 240,000.00 | $ 90,000.00 |
| Account No: <br>*Creditor # : 2* <br>*First Midwest Bank* <br>*PO Box 9003* <br>*Gurnee IL 60031-9003* | | *Statutory Lien* <br><br>Value: *$ 0.00* | | | | $ 126,300.00 | $ 126,300.00 |
| Account No: <br>*Creditor # : 3* <br>*First Midwest Bank* <br>*One Pierce Place* <br>*Itasca IL 60143* | X | *Statutory Lien* <br><br>Value: *$ 2,111,500.00* | | | | $ 4,500,000.00 | $ 2,388,500.00 |
| 1 continuation sheets attached | | Subtotal $ <br>(Total of this page) <br>Total $ <br>(Use only on last page) | | | | $ 4,866,300.00 <br><br> | $ 2,604,800.00 |
|  | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re _Singles Roofing Co., Inc_ _____ ,     Case No. _____
                          **Debtor(s)**                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 4 GE Capital PO Box 140849 Irving TX 75014-0000* | | *Statutory Lien*  Value: *$ 15,000.00* | | | | *$ 30,000.00* | *$ 15,000.00* |
| Account No:  *Creditor # : 5 GMAC FC PO Box 9001948 Louisville KY 40290-1948* | | *Statutory Lien*  Value: *$ 350,000.00* | | | | *$ 280,000.00* | *$ 130,000.00* |
| Account No:  *Creditor # : 6 Hitachi Capital 800 Connecticut Avenue Norwalk CT 06854-0000* | | *Statutory Lien*  Value: *$ 350,000.00* | | | | *$ 200,000.00* | *$ 0.00* |
| Account No:  *Creditor # : 7 Park National 801 N. Clark Street Chicago IL 60601* | | *Mortgage*  Value: *$ 100,000.00* | | | | *$ 100,000.00* | *$ 0.00* |
| Account No:  *Creditor # : 8 Hanover 440 Lincoln Street Worcester MA 01653-0000* | X | *Statutory Lien*  Value: *$ 3,500,000.00* | | | | *$ 5,000,000.00* | *$ 1,500,000.00* |
| Account No:  | | Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page) — *$ 5,610,000.00* | *$ 1,645,000.00*

Total $ (Use only on last page) — *$ 10,476,300.00* | *$ 4,249,800.00*

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

**B6E (Official Form 6E) (04/10)**

In re _Singles Roofing Co., Inc_____,    Case No._____
    **Debtor(s)**                                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_3_  **continuation sheets attached**

**Official Form 6E (04/10) - Cont.**

In re _Singles Roofing Co., Inc_ _____ ,    Case No._____

**Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | | |
| Account No: | | | | | | | X | $ 27,000.00 | $ 11,725.00 | $ 15,275.00 |
| _Creditor # : 1_ _Dering, Adam_ _c/o Illinois Department of Lab_ _160 N. LaSalle Suite C-1300_ _Chicago IL 60601-2808_ | | _Wages_ | | | | | | | | |
| Account No: | | | | | | | | $ 5,743.50 | $ 5,743.50 | $ 0.00 |
| _Creditor # : 2_ _Shamhart, Greg_ _c/o Illinois Dept of Labor_ _160 North LaSalle St. #_ _C-1300_ _Chicago IL 60601-3150_ | | | | | | | | | | |
| Account No: | | | | | | | X | $ 4,480.00 | $ 4,480.00 | $ 0.00 |
| _Creditor # : 3_ _SIDNEY ELYEA_ _924 KOLE ST_ _Chaska MN 55318_ | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| | | | | | | | | | | |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotal $** (Total of this page) | 37,223.50 | 21,948.50 | 15,275.00

**Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

**Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

In re _Singles Roofing Co., Inc_____ ,   Case No._____
          **Debtor(s)**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *2740* <br> *Creditor # : 4* <br> *Chicago Department of Revenue* <br> *Remittance Center* <br> *PO Box 88292* <br> *Chicago IL 60680-1292* | | *11/11/09* | | | | | *$ 152.28* | *$ 152.28* | *$ 0.00* |
| Account No: <br> *Creditor # : 5* <br> *Evanston* <br> *2100 Ridge Ave* <br> *Evanston IL 60201* | | *Sales and Use Taxes* | | | | | *$ 1,185.00* | *$ 1,185.00* | *$ 0.00* |
| Account No: *2832* <br> *Creditor # : 6* <br> *City of Raleigh* <br> *c/o Professional Recovery* <br> *Cons* <br> *PO Box 51187* <br> *Durham NC 27717-1187* | | *Sales and Use Taxes* | | | | | *$ 361.64* | *$ 361.64* | *$ 0.00* |
| Account No: <br> *Creditor # : 7* <br> *Colorado Springs* <br> *Department 24* <br> *Denver CO 80256-0001* | | *Sales and Use Taxes* | | | | | *$ 9,374.32* | *$ 9,374.32* | *$ 0.00* |
| Account No: <br> *Creditor # : 8* <br> *Illinois Department of* <br> *Revenue* <br> *PO Box 19032* <br> *Springfield IL 62794-9032* | | *Withholding taxes* | | | | | *$ 56,232.17* | *$ 56,232.17* | *$ 0.00* |
| Account No: <br> *Creditor # : 9* <br> *Illinois DES* <br> *PO Box 3637* <br> *Springfield IL 62708-3637* | | *SUTA* | | | | | *$124,688.65* | *$124,688.65* | *$ 0.00* |

Sheet No. _2_ of _3_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** <br> (Total of this page) | *191,994.06* | *191,994.06* | *0.00* |
| **Total $** <br> (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) – Cont.

In re _Singles Roofing Co., Inc_____ ,    Case No._____
          **Debtor(s)**                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 10<br>Internal Revenue Service<br>Cincinnati OH 45999-0039 | | *Federal Withholding Tax* | | | | | $216,396.32 | $216,396.32 | $ 0.00 |
| Account No:<br>Creditor # : 11<br>Kane County Treasurer<br>PO Box 4025<br>Geneva IL 60134-4025 | | *Real Estate Taxes* | | | | | $ 2,983.02 | $ 2,983.02 | $ 0.00 |
| Account No:<br>Creditor # : 12<br>North Carolina Dept of Revenue<br>PO Box 25000<br>Raleigh NC 27640-0002 | | | | | | | $ 1,693.91 | $ 1,693.91 | $ 0.00 |
| Account No: 0402<br>Creditor # : 13<br>State of North Carolina<br>PO Box 31<br>Raleigh NC 27602 | | | | | | | $ 4,151.95 | $ 4,151.95 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _3_ of _3_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 225,225.20 | 225,225.20 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.) | 454,442.76 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 439,167.76 | 15,275.00 |

B6F (Official Form 6F) (12/07)

In re _Singles Roofing Co., Inc_____ ,    Case No._____
    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 3 Points 45 South Maple St Elgin IL 60123 | | | | | | | $ 2,643.75 |
| Account No: Creditor # : 2 Accent 8121 Brownleigh Drive Raleigh NC 27617 | | | | | | | $ 1,037.89 |
| Account No: Creditor # : 3 Accountemps 12400 Collections Center Chicago IL 60693 | | | | | | | $ 10,752.00 |
| Account No: Creditor # : 4 advanced 323 South Commonwealth Elgin IL 60123 | | | | | | | $ 3,125.00 |

_24_ continuation sheets attached

Subtotal $    $ 17,558.64

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____,    Case No._____
　　　　　　**Debtor(s)**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 5 <br> Affirmative <br> 11434 N Oriole Ln. <br> Naperville IL 60563 | | | | | | | $ 46,812.00 |
| Account No:   7492 <br> Creditor # : 6 <br> Alexander Lumber <br> c/o Dennis Porick <br> 63 West Jefferson <br> Joliet IL 60432 | | | | | | | $ 2,390.40 |
| Account No: <br> Creditor # : 7 <br> Alexander <br> PO Box 2307 <br> Crystal Lake IL 60039 | | | | | | | $ 2,391.94 |
| Account No: <br> Creditor # : 8 <br> Allied <br> PO Box 9001154 <br> Louisville KY 40290-1154 | | | | | | | $ 1,316.21 |
| Account No:   3009 <br> Creditor # : 9 <br> American Express <br> c/o Zwicker & Associates <br> 80 Minuteman Rd <br> Andover MA 01810 | | | | | | | $ 274,630.64 |
| Account No:   2012 <br> Creditor # : 10 <br> American Express <br> C/O Zwicker & Associates <br> 80 Minuteman Road <br> Andover MA 01810 | | | | | | | $ 150,000.00 |

Sheet No.  _1_  of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 477,541.19

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____ ,    Case No._____
**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  5 30 <br> Creditor # : 11 <br> American <br> 6000 American Parkway <br> Madison WI 53777-0001 | | | | | | | $ 1,435.00 |
| Account No:  1876 <br> Creditor # : 12 <br> American Interstate <br> 2301 Hwy 19 <br> Deridder LA 70634-1570 | | | | | | | $ 1,800.34 |
| Account No:  5885 <br> Creditor # : 13 <br> Amerigas <br> C/O Assigned Credit Solutions <br> 800 N. Kings Hwy, Suite 100 <br> Cherry Hill NJ 08034 | | | | | | | $ 929.46 |
| Account No: <br> Creditor # : 14 <br> Napier <br> 1116 W. 173rd St <br> Hazel Crest IL 60429 | | | | | | | $ 2,757.50 |
| Account No: <br> Creditor # : 15 <br> Arthur's <br> 765 Summit Road <br> Lake Zurich IL 60047 | | | | | | | $ 14,370.75 |
| Account No:  0726 <br> Creditor # : 16 <br> Auto <br> PO Box 78066 <br> Phoenix AZ 85062-8066 | | | | | | | $ 6,611.60 |

Sheet No. _2_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 27,904.65

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____ ,        Case No._____
                    **Debtor(s)**                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   00CS<br>Creditor # : 17<br>Auto D<br>PO Box 3198<br>Milwaukee WI 53201-3198 | | | | | | | $ 121,533.10 |
| Account No:<br>Creditor # : 18<br>Auto Ford<br>PO Box 790093<br>Saint Louis MO 63179-0093 | | | | | | | $ 11,361.44 |
| Account No:<br>Creditor # : 19<br>Auto GE<br>PO Box 822108<br>Philadelphia PA 19182-2108 | | | | | | | $ 16,999.79 |
| Account No:<br>Creditor # : 20<br>Auto GMAC<br>PO Box 9001948<br>Louisville KY 40290-1948 | | | | | | | $ 40,017.52 |
| Account No:<br>Creditor # : 21<br>Auto Nissan<br>PO Box 9001132<br>Louisville KY 40290-1132 | | | | | | | $ 12,038.52 |
| Account No:   0720<br>Creditor # : 22<br>Auto Toyota<br>Business Solutions Group<br>Cedar Rapids IA 52411 | | | | | | | $ 121,574.64 |

Sheet No. _3_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 323,525.01

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____,          Case No._____
                        **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 23 Bank of America 135 South LaSalle Street Chicago IL 60603 | | | | | | | $ 483,000.00 |
| Account No: Creditor # : 24 Barge Terminal Trucking Inc. PO Box 636 Oswego IL 60543 | | | | | | | $ 8,210.23 |
| Account No: Creditor # : 25 Bassette 12640 Old US HWY 52S Winston Salem NC 27107 | | | | | | | $ 16,386.00 |
| Account No: Creditor # : 26 Bazos, Freeman 1250 Larkin Ave Elgin IL 60123 | | | | | | | $ 7,640.84 |
| Account No: Creditor # : 27 BMCA 1361 Alps Rd Wayne NJ 07470 | | | | | | | $ 6,064.00 |
| Account No: Creditor # : 28 BMG PO Box 7536 Richmond VA 23231-0036 | | | | | | | $ 1,612.33 |

Sheet No. __4__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 522,913.40

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____,          Case No._____
            **Debtor(s)**                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 29<br>Bower<br>1702 Dutch Lane<br>Jeffersonville IN 47130 | | | | | | | $ 2,476.00 |
| Account No:   4149<br>Creditor # : 30<br>BPC Acquisition Co<br>600 South 7th St<br>Louisville KY 40201 | | | | | | | $ 21,889.42 |
| Account No:<br>Creditor # : 31<br>Bradco<br>15631 Collections Centr<br>Chicago IL 60693 | | | | | | | $ 808,176.62 |
| Account No:<br>Creditor # : 32<br>Brown<br>PO Box 41568<br>Beaumont TX 77725-1568 | | | | | | | $ 2,975.00 |
| Account No:<br>Creditor # : 33<br>Carpenters Local 63<br>2002 Fox Creek Road<br>Bloomington IL 61701 | | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 34<br>Carpenter's Pension fund of Il<br>28 North First Street<br>Geneva, IL<br>Geneva IL 60134-0791 | | | 06/02/10 | | | | $ 310.37 |

Sheet No.   5   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 835,827.41

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Singles Roofing Co., Inc_ _____ ,    Case No. _____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 16,395.00 |
| Creditor # : 35 CBM 1532 Hecht Dr. Bartlett IL 60103 | | | | | | | |
| Account No: | | | | | | | $ 2,192.00 |
| Creditor # : 36 Centi PO Box 360093 Pittsburgh PA 15251-6093 | | | | | | | |
| Account No: | | | | | | | $ 4,695.31 |
| Creditor # : 37 Central PO Box 4695 Asheboro NC 27204-4695 | | | | | | | |
| Account No: | | | | | | | $ 1,647.23 |
| Creditor # : 38 Certegy Payment PO Box 30184 Tampa FL 33630-3184 | | | | | | | |
| Account No:   3789 | | | | | | | $ 3,217.66 |
| Creditor # : 39 Citicards C/O Pro Consulting Services PO Box 66768 Houston TX 77266 | | | | | | | |
| Account No: | | | | | | | $ 41,443.50 |
| Creditor # : 40 Clear 6225 N. Milwaukee Ave Chicago IL 60646 | | | | | | | |

Sheet No.  _6_  of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 69,590.70

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Singles Roofing Co., Inc_____ ,   Case No. _____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 41 <br> Cleasby <br> PO Box 1161 <br> Westminster CO 80036-1161 | | | | | | | $ 9,787.07 |
| Account No: <br> Creditor # : 42 <br> Cokinos <br> Four Houston <br> Houston TX 77010 | | | | | | | $ 46,329.31 |
| Account No: 0002 <br> Creditor # : 43 <br> Cokinos Bosien & Young <br> 1221 Lamar Street, 16th Floor <br> Houston TX 77010 | | | | | | | $ 46,667.03 |
| Account No: <br> Creditor # : 44 <br> Complete <br> PO Box 3038 <br> Saint Charles IL 60174-9099 | | | | | | X | $ 45,000.00 |
| Account No: <br> Creditor # : 45 <br> Construction <br> 4500 Lake Forest Dr <br> Cincinnati OH 45242 | | | | | | | $ 1,485.00 |
| Account No: <br> Creditor # : 46 <br> Corporation <br> PO Box 13397 <br> Philadelphia PA 19101-3397 | | | | | | | $ 3,978.00 |

Sheet No. _7_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 153,246.41

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____ ,     Case No._____
             **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 3,839.66 |
| Creditor # : 47 CT Corp PO Box 4349 Carol Stream IL 60197-4349 | | | | | | | |
| Account No: | | | | | | | $ 2,898.00 |
| Creditor # : 48 D & B 75 Remittance Dr #1793 Chicago IL 60675-1793 | | | | | | | |
| Account No: | | | | | | | $ 1,433.25 |
| Creditor # : 49 Daily PO Box 6000 Carol Stream IL 60197-6000 | | | | | | | |
| Account No: | | | | | | | X | $ 40,000.00 |
| Creditor # : 50 Deep PO Box 167888 Irving TX 75016 | | | | | | | |
| Account No: | | | | | | | $ 1,961.12 |
| Creditor # : 51 Delta PO Box 7652 Houston TX 77270 | | | | | | | |
| Account No: | | | | | | | $ 185,661.05 |
| Creditor # : 52 DEX One 1615 Bluff City Highway Bristol TN 37620 | | | | | | | |

Sheet No.  _8_ of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 235,793.08

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____ ,   Case No. _____
        **Debtor(s)**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 53** Dillon PO Box 14506 Raleigh NC 27620 | | | | | | | $ 2,035.20 |
| Account No: **Creditor # : 54** DNH 49.5 S. Washington Hinsdale IL 60521 | | | | | | | $ 1,107.22 |
| Account No: **Creditor # : 55** EE Bailey 741 West 115th St. Chicago IL 60628 | | | | | | | $ 76,379.43 |
| Account No: **Creditor # : 56** Elgin 1200 East Chicago Ave Elgin IL 60120 | | | | | | | $ 1,054.46 |
| Account No: **Creditor # : 57** ESA 610 W Marketview Dr. Champaign IL 61822 | | | | | | | $ 3,955.81 |
| Account No: **Creditor # : 58** ESA 3820 Orange Pl. Beachwood OH 44122 | | | | | | | $ 7,092.45 |

Sheet No. _9_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 91,624.57

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____,        Case No._____
          **Debtor(s)**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3169 Creditor # : 59 Extended Stay Hotels c/o Transworld Systems 507 Prudential Rd Horsham PA 19044 | | | | | | | $ 13,654.30 |
| Account No: Creditor # : 60 F.E. Rooftec Corp. 1959 Cornell Ave. Melrose Park IL 60160 | | | | | | | $ 4,336.00 |
| Account No: Creditor # : 61 Fastenal Company PO Box 978 Winona MN 55987-0978 | | | | | | | $ 4,875.71 |
| Account No:   04-8 Creditor # : 62 FedEx PO Box 94515 Palatine IL 60094-4515 | | | | | | | $ 2,694.67 |
| Account No: Creditor # : 63 Fox Valley Fire & Safety 2730 Pinnacle Drive Elgin IL 60124 | | | | | | | $ 2,877.79 |
| Account No: Creditor # : 64 GAF PO Box 7247-6653 Philadelphia PA 19170 | | | | | | | $ 1,789,016.42 |

Sheet No. _10_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,817,454.89

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____,   Case No._____
      **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 65 <br> GAF- Elk Corp <br> 1361 Alps Road <br> Wayne NJ 07470 | | | | | | $ 1,095.00 |
| Account No: <br> Creditor # : 66 <br> Garlock Chicago <br> 2601 N. Niagara <br> Minneapolis MN 55447 | | | | | | $ 25,239.42 |
| Account No:  7941 <br> Creditor # : 67 <br> GE Transportation Finance <br> PO Box 822108 <br> Philadelphia PA 19182-2108 | | | | | | $ 14,449.84 |
| Account No: <br> Creditor # : 68 <br> George Volochati <br> 401 W. 10th St <br> Hobart IN 46342 | | | | | | $ 1,160.00 |
| Account No:  5025 <br> Creditor # : 69 <br> GMAC <br> PO Box 380901 <br> Minneapolis MN 55438-0901 | | 05/19/10 | | | | $ 3,644.46 |
| Account No:  ious <br> Creditor # : 70 <br> GMAC, Inc <br> c/o Blitt & Gaines, PC <br> 661 W. Glenn Avenue <br> Wheeling IL 60090 | | | | | | $ 119,642.60 |

Sheet No. __11__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 165,231.32

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Singles Roofing Co., Inc** _____,     Case No. _____
                **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 71 <br> Goldman, Evans & Trammell LLC | | | | | | | $ 3,283.17 |
| Account No: <br> Creditor # : 72 <br> Grainger <br> 2530 Vantage Dr <br> Elgin IL 60124-7881 | | | | | | | $ 1,501.62 |
| Account No: <br> Creditor # : 73 <br> gregg Shamhart <br> 11604 Davey Dr. <br> Huntley IL 60142 | | | | | | | $ 5,040.00 |
| Account No: 5064 <br> Creditor # : 74 <br> Griffin Brothers Fill <br> c/o NCS Plus, 117 E. 24th St Fl 5 <br> New York NY 10010 | | | | | | | $ 4,151.95 |
| Account No: <br> Creditor # : 75 <br> Hicksgas Urbana <br> PO Box 17157 <br> Urbana IL 61803-7157 | | | | | | | $ 2,838.88 |
| Account No: <br> Creditor # : 76 <br> Home Depot Credit Services <br> PO Box 6031 <br> The Lakes NV 88901-6031 | | | | | | | $ 86,616.72 |

Sheet No. **12** of **24** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 103,432.34

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re  *Singles Roofing Co., Inc* _____ ,    Case No. _____

**Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1088 Creditor # : 77 HSBC PO Box 4160 Elgin IL 60121 | | | | | | | $ 9,889.00 |
| Account No: Creditor # : 78 HWY 55 C&D Landfill 5940 Old Smithfield Rd Apex NC 27539 | | | | | | | $ 10,485.03 |
| Account No: Creditor # : 79 ILoca Services, Inc. 1900 N. Aurora Naperville IL 60563-1733 | | | | | | | $ 4,060.00 |
| Account No: Creditor # : 80 Indiana Insurance Company PO Box 7906 Loveland OH 45140-7906 | | | | | | | $ 26,615.69 |
| Account No: Creditor # : 81 Insulation Plus PO Box 78106 Milwaukee WI 53278-0106 | | | | | | | $ 1,414,260.26 |
| Account No: Creditor # : 82 Insulation Systems, Inc. PO Box 8625 Greensboro NC 27419-8625 | | | | | | | $ 65,744.39 |

Sheet No.   13  of    24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,531,054.37

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Singles Roofing Co., Inc_____ ,     Case No._____
                **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 83 Intech Funding Corp PO Box 931034 Cleveland OH 44193-0004 | | | | | | | $ 60,000.00 |
| Account No: Creditor # : 84 J&J Roofing & Construction 10S147 Clarendon Hills Willowbrook IL 60527 | | | | | | | $ 121,178.63 |
| Account No: Creditor # : 85 Javier Jauregui 631 Clayton Rd Angier NC 27501 | | | | | | | $ 15,783.66 |
| Account No: Creditor # : 86 Johns Manville Roofing Systems PO Box 625001 Littleton CO 80162 | | | | | | | $ 5,490.00 |
| Account No: Creditor # : 87 JP Ross & Co, Inc 2333 Lucena St Charlotte NC 28206 | | | | | | | $ 20,617.00 |
| Account No: Creditor # : 88 K. Hoving Recycling & Disposal 2351 Powis Rd West Chicago IL 60185 | | | | | | | $ 6,265.84 |

Sheet No. _14_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                  **Subtotal $**     $ 229,335.13
                                                                  **Total $**
                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Singles Roofing Co., Inc_____,    Case No._____
        **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>Labor Ready<br>1002 Solutions Ctr<br>Chicago IL 60677-1000 | | | | | | | $ 58,845.42 |
| Account No:    2434<br>Creditor # : 90<br>Labor Ready<br>C/O Clovis & Roche, Inc<br>PO Box 1164<br>Metairie LA 70004 | | | Your file # 931375 | | | | $ 73,556.80 |
| Account No:<br>Creditor # : 91<br>Lexus Financial Services<br>PO Box 9490<br>Cedar Rapids IA 52409 | | | | | | | $ 65,897.57 |
| Account No:<br>Creditor # : 92<br>McRae Roofing<br>2147 N Fayetteville St<br>Asheboro NC 27204 | | | | | | | $ 3,182.89 |
| Account No:<br>Creditor # : 93<br>Menards<br>PO Box 5219<br>Carol Stream IL 60197-5219 | | | | | | | $ 29,159.65 |
| Account No:<br>Creditor # : 94<br>Metropolitan Limousine<br>1836 S. Wabash Ave.<br>Chicago IL 60616 | | | | | | | $ 1,473.81 |

Sheet No.  _15_  of  _24_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 232,116.14

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Singles Roofing Co., Inc_____ ,   Case No. _____
         **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 95 <br> Midwest Material Mgmt <br> 566 Rock Road Dr. <br> Unit 1 <br> Dundee IL 60118 | | | | | | | $ 1,093.50 |
| Account No: 8695 <br> Creditor # : 96 <br> Multi Serv Corp <br> c/o Ashton & Weinberg, Inc. <br> PO Box 828 <br> Greenville RI 02828 | | | | | | | $ 6,001.66 |
| Account No: <br> Creditor # : 97 <br> Nationwide Foam, Inc. <br> 703 Waverly St. <br> Framingham MA 01702 | | | | | | | $ 3,772.50 |
| Account No: <br> Creditor # : 98 <br> NFI Nationwide Foam, Inc. <br> 703 Waverly St. <br> Framingham MA 01702 | | | | | | | $ 1,637.50 |
| Account No: 00 9 <br> Creditor # : 99 <br> Nicor Gas <br> PO BOX 416 <br> Aurora IL 60568-0001 | | | | | | | $ 1,793.80 |
| Account No: ious <br> Creditor # : 100 <br> Nissan Motor Acceptance <br> PO Box 660360 <br> Dallas TX 75266 | | | | | | | $ 50,712.08 |

Sheet No. _16_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 65,011.04

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Singles Roofing Co., Inc_____ ,        Case No._____
                    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 101 Nystrom 9300 73rd Avenue North Minneapolis MN 55428 | | | | | | | $ 39,135.00 |
| Account No: Creditor # : 102 Office Depot PO Box 88040 Chicago IL 60680-1040 | | | | | | | $ 1,051.04 |
| Account No:   5917 Creditor # : 103 One Beacon Insurance c/o Markoff & Krasny 29 N. Wacker Dr #550 Chicago IL 60606-2854 | | | | | | | $ 18,931.66 |
| Account No: Creditor # : 104 Peak Fall Protection PO BOX 965 Apex NC 27502 | | | | | | | $ 8,896.00 |
| Account No: Creditor # : 105 PHP Systems/Design 5534 hARVEY wILSON dR. Houston TX 77020 | | | | | | | $ 1,484.39 |
| Account No: Creditor # : 106 PITT COUNTY FINANCE 1717 WEST FIFTH ST Greenville NC 27834 | | | | | | | $ 3,308.58 |

Sheet No. __17__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 72,806.67

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Singles Roofing Co., Inc_____ ,       Case No._____
                **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5720<br>Creditor # : 107<br>PNCEF<br>c/o Robbins Salomon & Patt<br>25 E. Washington St<br>Chicago IL 60602 | | | | | | | $ 60,541.40 |
| Account No:<br>Creditor # : 108<br>PRE PASS<br>23566 NETWORK PLACE<br>Chicago IL 60673-1235 | | | | | | | $ 8,526.48 |
| Account No:<br>Creditor # : 109<br>PRIESTER AVIATION, LLC<br>1061 S. WOLF RD.<br>Wheeling IL 60090 | | | | | | X | $ 113,000.00 |
| Account No:    2457<br>Creditor # : 110<br>Quill.Com<br>c/o Crestwood Group LLC<br>PO Box 22630<br>Beachwood OH 44122 | | | | | | | $ 665.49 |
| Account No:    9131<br>Creditor # : 111<br>R.H. Donnelly<br>29W170 Butterfield Rd<br>Warrenville IL 60555 | | | | | | | $ 39,689.90 |
| Account No:<br>Creditor # : 112<br>Ragsdale Liggett PLLC<br>c/o Melissa Brumback<br>PO Box 31507<br>Raleigh NC 27622 | | | | | | X | $ 10,252.19 |

Sheet No. __18__ of ___24__ continuation sheets attached to Schedule of           **Subtotal $**       $ 232,675.46
Creditors Holding Unsecured Nonpriority Claims
                                                                                   **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_ _____ ,  Case No. _____

**Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | X | $ 1,666.66 |
| Creditor # : 113 REED CONSTRUCTION DATA PO BOX 2241 Carol Stream IL 60132. | | | | | | | |
| Account No: | | | | | | | $ 5,909.98 |
| Creditor # : 114 RITTER@HOME BEAUMONT 2970 WASHINGTON Beaumont TX 77705 | | | | | | | |
| Account No: | | | | | | | $ 10,826.57 |
| Creditor # : 115 RK HYDRO-VAC, INC. PO BOX 915 Piqua OH 45356 | | | | | | | |
| Account No: | | | | | | | $ 1,246.34 |
| Creditor # : 116 RKD CONSTRUCTION SUPPLIES 11633 W. GRAND AVE. NORTHLAKE IL 60164-1302 | | | | | | | |
| Account No: | | | | | | X | $ 123,127.20 |
| Creditor # : 117 Roofers' Union Welfare Trust 2340 S. River Road Suite 305 Des Plaines IL 60018. | | | Wage Bond | | | | |
| Account No:  0095 | | | | | | X | $ 21,248.43 |
| Creditor # : 118 Runnion Equipment Co C/o Solomon & Leadley 329 East Indian Trail Aurora IL 60505 | | | | | | | |

Sheet No. _19_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 164,025.18

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Singles Roofing Co., Inc_____,   Case No._____
       **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | X | $ 21,672,461.25 |
| Creditor # : 119 Ryder Truck Rental C/O Monte, Loren, Mann 100 N. Riverside #1500 Chicago IL 60606 | | | Judgment entered in case No. 09 C 3926 in Northern District of Illinois | | | | |
| Account No: | | | | | | | $ 152,447.66 |
| Creditor # : 120 SEAMAN CORPORATION 16075 COLLECTION CENTER Chicago IL 60693 | | | | | | | |
| Account No: | | | | | | | $ 6,836.00 |
| Creditor # : 121 SECURITY BONDED WAREHOUSE 1525 S. BLOUNT ST Raleigh NC 27603-2507 | | | | | | | |
| Account No: | | | | | | | $ 1,757.98 |
| Creditor # : 122 SERVICE MASTER OF HIGH POINT PO BOX 889 Trinity NC 27370 | | | | | | | |
| Account No: | | | | | | | $ 3,009.38 |
| Creditor # : 123 SLEETH ELECTRIC 48 W 605 HINCKLEY RD Big Rock IL 60511 | | | | | | | |
| Account No: | | | | | | | $ 4,794.51 |
| Creditor # : 124 STAPLES PO BOX 6721 The Lakes NV 88901-6721 | | | | | | | |

Sheet No. _20_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 21,841,306.78

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Singles Roofing Co., Inc_____ ,          Case No._____
          **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 2,423.34 |
| Creditor # : 125 STATE OF WI-DEPT OF REVENUE 2135 RIMROCK Madison WI 53708-8981 | | | | | | | |
| Account No:      ` | | | | | | | $ 60,656.35 |
| Creditor # : 126 SUNBELT RENTALS PO BOX 409211 Atlanta GA 30384-9211 | | | | | | | |
| Account No:      ious | | | | | | | $ 100,751.50 |
| Creditor # : 127 Toyota Motor Credit PO Box 2730, Mail Stop WF22 Torrance CA 90509-2730 | | | | | | | |
| Account No:      3169 | | | | | | | $ 13,654.30 |
| Creditor # : 128 Transworld Systems, Inc PO box 4903 Trenton NJ 08650-4903 | | | | | | | |
| Account No: | | | | | | | $ 32,381.84 |
| Creditor # : 129 TRUCK UTILITIES INC 2370 ENGLISH ST Saint Paul MN 55109-2098 | | | | | | | |
| Account No: | | | | | | | $ 1,475.00 |
| Creditor # : 130 TURNBERRY APARTMENTS 901 Valley View Circle    61705 | | | | | | | |

Sheet No. _21_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 211,342.33

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Singles Roofing Co., Inc_____,   Case No. _____
            **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 6,550.36 |
| Creditor # : 131 UNITED PROPANE & ENERGY CO. 3805 CLEARVIEW COURT Gurnee IL 60031. | | | | | | | |
| Account No: 7319 | | | | | | | $ 8,841.54 |
| Creditor # : 132 United Recovery Systems PO Box 722929 Houston TX 77272-2929 | | | | | | | |
| Account No: | | | | | | | $ 10,000.00 |
| Creditor # : 133 VALUE PLACE - BEAUMONT 2375 I-10 SOUTH Beaumont TX 77705 | | | | | | | |
| Account No: | | | | | | | $ 13,348.16 |
| Creditor # : 134 VEOLIA ENVIRONMENTAL SERVICES RR 3 BOX 891 Sumner IL 62466 | | | | | | | |
| Account No: | | | | | | | $ 92,753.40 |
| Creditor # : 135 VERIZON WIRELESS PO BOX 25505 Lehigh Valley PA 18002-5505 | | | | | | | |
| Account No: | | | | | | | $ 68,915.05 |
| Creditor # : 136 VOYAGER FLEET SYSTEMS, INC PO BOX 790049 Houston TX 77279-0049 | | | | | | | |

Sheet No. _22_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 200,408.51

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Singles Roofing Co., Inc_____ ,   Case No._____

        **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 137 VTECH INDUSTRIES SKYLIGHTS PO BOX 4291 Houston TX 77210-4291 | | | | | | | $ 17,189.60 |
| Account No: Creditor # : 138 WARD & SON, INC. PO BOX 1251 Elizabeth City NC 27906-1251 | | | | | | | $ 2,011.73 |
| Account No: Creditor # : 139 WARREN COUNTY PUBLIC WORKS 712 US HIGHWAY 158 B Warrenton NC 27589 | | | | | | | $ 4,191.00 |
| Account No: Creditor # : 140 WASTE MANAGEMENT, INC. PO BOX 4648 Carol Stream IL 60197-4648 | | | | | | | $ 93,758.91 |
| Account No: Creditor # : 141 WAUGH ASPHALT, INC. 3795 HARDIN ELLISON RD Franklinville NC 27248 | | | | | | | $ 1,765.00 |
| Account No: Creditor # : 142 WELDING SPECIALTIES & MECHANIC PO BOX 818 Garner NC 27529 | | | | | | | $ 16,800.00 |

Sheet No. _23_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal $        $ 135,716.24

                                    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Singles Roofing Co., Inc_____ ,   Case No._____
    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 143 <br> WESSELS SHERMAN <br> 1860 EXECUTIVE <br> Oconomowoc WI 53066 | | | | | | | $ 12,945.73 |
| Account No: <br> Creditor # : 144 <br> WILLIAMS SCOTSMAN, INC. <br> PO BOX 91975 <br> Chicago IL 60693-1975 | | | | | | | $ 2,533.69 |
| Account No:  ract <br> Creditor # : 145 <br> WINDY CITY METAL <br> 4944 W. Grand <br> Chicago IL 60639 | | | | | | | $ 42,000.00 |
| Account No:  lege <br> Creditor # : 146 <br> WINDY CITY METAL <br> 4944 W. GRAND AVE. <br> Chicago IL 60639 | | | | | | | $ 9,600.00 |
| Account No:  5187 <br> Creditor # : 147 <br> Wright Express FSC <br> c/o Collection Division <br> PO Box 66510 <br> Houston TX 77266-6510 | | | | | | | $ 46,046.94 |
| Account No: <br> Creditor # : 148 <br> XEROX CORPORATION <br> PO BOX 802555 <br> Chicago IL 60680-2555 | | | | | | | $ 5,775.14 |

Sheet No. __24__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 118,901.50

Total $   $ 29,876,342.96

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Singles Roofing Co., Inc_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re _Singles Roofing Co., Inc_ _____ / Debtor      Case No. _____

                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Robert Durschlag_<br>_1460 Sedona_<br>_Aurora IL  60504_ | _First Midwest Bank_<br>_One Pierce Place_<br>_Itasca IL  60143_<br><br>_Hanover_<br>_440 Lincoln Street_<br>_Worcester MA  01653-0000_ |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Singles Roofing Co., Inc, a  Corporation*

    *aka United States of America Roofing Co*

Case No.
Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $     1,950,000.00 | | |
| B-Personal Property | *Yes* | *3* | $     4,276,600.00 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $   10,476,300.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *4* | | $      454,442.76 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *25* | | $   29,876,342.96 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $            0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $            0.00 |
| TOTAL | | 37 | $     6,226,600.00 | $   40,807,085.72 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Singles Roofing Co., Inc, a  Corporation*                        Case No.

Chapter **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *Singles Roofing Co., Inc, a  Corporation*                              Case No. _____
                                    Debtor                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Robert A. Durchslag*_____, *President*_____ of the *Corporation*_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     *38*___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: *6/29/2010*_____                    Signature  */s/ Robert A. Durchslag*_____
                                                          Name: **Robert A. Durchslag**
                                                          Title:  **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: *Singles Roofing Co., Inc,*                                          Case No.
    *a  Corporation*
    *aka United States of America Roofing Co*

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None

☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

*Year to date:800000*                *General Sales*
    *Last Year:5000000*
*Year before:unknown*

---

### 2. Income other than from employment or operation of business

None

☒    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

**None** ☒    Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☐    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:Various creditors paid for supplies extended during prior 90 day period; Also paid Nicor for back due gas bill* Address: | *05/01/10* | *7900* | |
| *Creditor:First Midwest* Address: *One Pierce Place, Itasca, IL 60143* | *03/10* | *40000* | *4500000* |

---

**None** ☐    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:Robert Durchslag for regular pay of approxmately $13,000 for past six months* Address:*1460 Sedona Ave. Aurora, IL 60504* Relationship: *President* | *Monthly* | *Salary of approx. $2,000 per month* | *None* |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *FCA Copnstruction Company, LLC v. Singles Roofing* | *Breach of Contract* | *Superior Court of New Jersey, Elizabeth, New* | *Pending* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Company, Inc. UNN-C-18-10* | | *Jersey 07207* | |
| *Arnstein & Lehr v. Singles Roofing Co, Inc. 09L010280* | *Contract* | *Cook County, Illinois* | *Pendng* |
| *Kenny Construction Co. v. Singles Roofing* | *Contract* | *Cook County, IL* | *Pending* |
| *Ronald's Masonry Construction Inc. vs. Singles Roofing Co. Inc. 09CH4105* | *Contract* | *Kane County Illinois* | *Pending* |
| *Stock Building Supply Midwest v. Singles Roofing Co. Inc., 09CH4105* | *Contract* | *Kane County, IL* | *Pending* |
| *GAF Materials v. Singles Roofing Co. Inc.* | *Contract* | *Denver, CO* | *Pending* |
| *Ruiz Construction Systems v. Singles Roofing Co. Inc.; 09L429* | *Contract* | *Winnebago County, IL* | *Pending* |
| *First Midwest Bank v. Singles Roofing Co., Inc.; 09CH4363* | *Contract* | *Kane County, IL* | *Pending* |
| *First Midwest BAnk v. Singles Roofing Co., Inc.; 09 CH 4378* | *Contract* | *Kane County, IL* | *Pending* |
| *T. Renehan & C. Skallerup v. Singles Roofing Co., Inc. 09CV 7315* | *Contract* | *Northern District of Illinois* | *Pending* |
| *Ryder Truck v. Singles Roofing Co., Inc. 09CV 3926* | *Contract* | *Northern District of Illinois* | *Judgemnt entered against Sinbles Roofing Co., Inc. for $21,672,461.25* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| American Builders & Contractors v. Singles Roofing Co. 09L003721 | Contract | Cook County, IL | Pending |
| Bank of America v. Singles Roofing Co., INc. 09C4972 | Contract | Northern District of Illinois | Partial Settlement |
| FCA Construction Co. v. Singles Roofing Co. Inc. | Contract | Hennepin County, MN | Pending |
| Lifetime Fitness, Inc. v. Singles Roofing; 09 CV 03676 | Contract | Hennepin County, MN | Pending Motion for Summary Judgment |
| FCA Construction Co. v. Singles Roofing Co. Inc. 09CJ09179 | Contract | Tulsa County, OK | Pending |
| Il National Insurance Co. vs. Singles Roofing Co. Inc. | Contract | Cook County, IL | Pending |
| University Village v. Singles Roofing Co. Inc. | Contract | DeKalb County, IL | Pending |
| FCA Construction Co. v. Singles Roofing Co. Inc. CV09712148 | Contract | Cuyahoga County, Ohio | Pending |
| FCA Construction Co. v. Singles Roofing Co., Inc. A09606584C | Contract | Clark County, Nevada | Pending |
| Union Lighting Protection Installers v. Singles Roofing 10CH21 | Contract | Kane County, IL | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Complete Mechanical Service v. Singles Construction | Contract | Cook County, Illinois | Pending |
| Bradco Supply Corp. vs. Singles Roofing; 10 CH 05689 | Contract | Cook County, Illinois | Pending |
| The Hanover Insurance Co. v. Singles Roofing 10CV00611 | Contract | Northern District Illinois | Pending |
| MDS builders of TX vs. Singles Roofing, 70 110 E 00581 09 | Contract | Texas | Pending |
| Gall Construction of America v. Singles Roofing | Contract | Kane County, Illinois | Pending |
| FCA Construction Company, LLC v. Singles Roofing Company, Inc. UNN-C-18-10 | Contract | Superior Court of New Jersey, Elizabeth N.J. | Motin to Compel Arbitration |
| Pitt County v. Singles Roofing Co., Inc. 10CVD1409 | Landfill Usage fee | Pitt County, North Carolina | Pending |
| Andrew Minossoria v. Singles Roofing Co. Inc. WC 09-005020 | Wage Claim | Illinois Department of Labor, Fair Labor Standards Division, Chicago, IL | Pending |
| In Re: United States of America Roofing Co., Inc. and Singles Roofing Co., Inc as Single Joint employers, #13-CA-45675 | National Labor Relations Board action | NLRB, 209 S. LaSalle St, Suite 900, Chicago, IL 60604 | Pending |
| Nystrom, Inc. vs. Singles Roofing Co. | Contract | Monroe County, Indiana | Judgment |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 53C01-1004-PL-00937 | | | |
| ClearTitleLien, Inc. v. Singles Roofing Co.; 2010 M2 00709 | Contract | Cook County, Illinois | Pending |
| Robert A. Durchslag & Singles Roofing Co. Inc. CO779 & 00779 | Administrative license violation | New Jersey Department of Labor and Workforce Development PO BOX 386 Trenton, New Jersey 08625-0386 | Pending |
| NLRB v. United States of America Roofing Co., Inc and Singles Roofing Co; 13-CA-45675 | NLRB administrative hearing | NLR Office of Appeals, Chicago, IL | Pending |
| Insulation Systems, Inc. vs. Singles Roofing Co., Inc. and the Hanover Insurance Co.; 10 CvS 389 | Contract | Randolph County North Carolina | Pending |
| Bradco Supply Corp. v. Singles Roofing Co., Inc.; 10 CH 8379 | Contract | Cook County, Illinois | Pending |
| Ragsdale Liggett PLLC vs. Singles Roofing Co., Inc.; 10 CV 009902 | Contract | Wake County, North Carolina | Pending |
| Priester Aviation LLC vs. Singles Roofing Co, Inc: 10 M1 117503 | Contract | Cook County Illinois | Pending |
| FCA Constructin Company LLC vs. Singles Roofing Company; 09 CV 11583 | Contract | Johnson County Kansas | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *FCA Construction Co. LLC vs. Singles Roofing Co Inc; 09 CV 2682* | *Contract* | *Arapahoe District Court* | *Pending* |
| *Ill Dept of Labor vs. Singles Roofing; Wage Claim No. 10-000970* | *Wage Claim* | *Ill Dept of Labor, Chicago, IL* | *Pending* |
| *Truck Utilities Manufacturing Co. v. Singles Roofing Co., Inc. 62 CV-10-4085* | *Contract* | *Ramsey County Minnesota* | *Pending* |
| *Illinois Department of Labor vs. Singles Roofing Company, Inc.; Claim No 10-001366* | *Wage Claim on behalf of Adam Dering* | *Chicago, IL* | *Pending* |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Bank of America Address:135 South LaSalle St. Chicago, IL 60603* | | *Description:345 Willard Avenue Value:* |
| *Name:Bank of America Address: 135 S. LaSalle Street, Chicago, IL 60603* | | *Description:$220,000 in settlement payments Value:$220,000* |
| *Name:Arnstein & Lehr Address:* | | *Description:Citation Value:$1,600* |
| *Name:Bank of America Address:135 South LaSalle Street, Chicago, IL 60603* | | *Description:Citation of Checking acct at Old 2nd Nat'l Bank Value:$4,500* |

## 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Ryder*<br>*Address:* | *July 16, 2009* | *Description:Repossession of Trucks*<br>*Value:* |
| *Name:GMAC*<br>*Address:PO Box 380901,*<br>*Minneapolis, MN 55438-0901* | | *Description:Return of Collateral*<br>*Value:$1,000,000* |
| *Name:Nissan*<br>*Address:PO Box 660360,*<br>*Dallas Tx 75266* | | *Description:Return of Collateral*<br>*Value:$550,000* |
| *Name:Daimler Chrysler*<br>*Address:PO Box 3198,*<br>*Milwaukee, WI 53201-3198* | | *Description:Repossession of Trucks*<br>*Value:$750,000* |

### 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| *Name:Bank of America*<br>*Address:135 South LaSalle Street*<br>*Address:Chicago, IL 60603*<br>*Address:* | *Court:*<br>*Address:*<br>*Address:*<br>*Title:*<br>*Case#:* | | *Description:345*<br>*Williard Avenue,*<br>*Elgin, IL*<br>*Value:400,000* |

### 7. Gifts

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Ralph J. Schindler, Jr.* *Address:* *53 West Jackson Blvd* *Suite 818* *Chicago, IL 60604* | *Date of Payment:5/26/10* *Payor: Single's Roofing Company, Inc* | *$3,000.00* |
| *Payee: Ralph J. Schindler, Jr.* *Address:53 West Jackson Blvd* *Suite 818* *Chicago, IL 60604* | *Date of Payment:6/22/10* *Payor: Single's Roofing Co., Inc* | *$1,000.00* |
| *Payee: Ralph J. Schindler, Jr.* *Address:* *53 West Jackson Blvd* *Suite 818* *Chicago, IL 60604* | *Date of Payment:06/25/10* *Payor: Single's Roofing Co., Inc* | *$500.00 and filing fee* |

#### 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

#### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:Edward Jones* *Address:3091 US Highway 20, Elgin, IL* | *Account Type and No.:227127015* *Final Balance:0* | |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:Old Second Bank* *Address:37 S. River Street, Aurora, IL* | *Account Type and No.:11101008586* *Final Balance:0* | |

---

### 12. Safe deposit boxes

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☒   List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☐   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:Singles Roofing Company Inc.* *Address:345 Willard, Elgin IL 60120* | *Name(s):* | |

---

### 16. Spouses and Former Spouses

None ☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

None ☒   For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or

similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *United States of America Roofing, Inc.* | *TaxPayer ID:26-1620343* | *940 East Chicago Street, Elgin, IL 60120* | *Union Roofing Contractor* | *2007 to present* |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date  *06/29/2010*

Signature  */s/ Robert A. Durchslag*

*Robert A. Durchslag*          *President*
Print Name and Title


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


_____continuation sheets attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re  *Singles Roofing Co., Inc, a  Corporation*
*aka United States of America Roofing Co*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor:  *Ralph J. Schindler, Jr.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *4,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *4,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $_____*299.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
      *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
      *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
      *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
      *None*

Dated: *06/29/2010*                    Respectfully submitted,

X */s/ Ralph J. Schindler, Jr._____*

Attorney for Petitioner: *Ralph J. Schindler, Jr.*
                         *Law Offices of Ralph J. Schindler, Jr.*
                         *53 West Jackson Blvd*
                         *Suite 818*
                         *Chicago IL  60604*
                         *312 554-1040*
                         *ralphjschindler@sbcglobal.net*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Singles Roofing Co., Inc,*
   *a  Corporation*
   *aka United States of America Roofing Co*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  **Ralph J. Schindler, Jr.**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *06/29/2010*
_____

*/s/ Robert A. Durchslag*
_____
Debtor

3 Points
45 South Maple St
Elgin, IL  60123

Accent
8121 Brownleigh Drive
Raleigh, NC  27617

Accountemps
12400 Collections Center
Chicago, IL  60693

advanced
323 South Commonwealth
Elgin, IL  60123

Affirmative
11434 N Oriole Ln.
Naperville, IL  60563

Alexander Lumber
c/o Dennis Porick
63 West Jefferson
Joliet, IL  60432

Alexander
PO Box 2307
Crystal Lake, IL  60039

Allied
PO Box 9001154
Louisville, KY  40290-1154

American Express
C/O Zwicker & Associates
80 Minuteman Road
Andover, MA  01810

American Express
c/o Zwicker & Associates
80 Minuteman Rd
Andover, MA  01810

American
6000 American Parkway
Madison, WI  53777-0001

American Interstate
2301 Hwy 19
Deridder, LA  70634-1570

Amerigas
C/O Assigned Credit Solutions
800 N. Kings Hwy, Suite 100
Cherry Hill, NJ  08034

Napier
1116 W. 173rd St
Hazel Crest, IL  60429

Arthur
765 Summit Road
Lake Zurich, IL   60047

Auto
PO Box 78066
Phoenix, AZ   85062-8066

Auto D
PO Box 3198
Milwaukee, WI   53201-3198

Auto Ford
PO Box 790093
Saint Louis, MO   63179-0093

Auto GE
PO Box 822108
Philadelphia, PA   19182-2108

Auto GMAC
PO Box 9001948
Louisville, KY   40290-1948

Auto Nissan
PO Box 9001132
Louisville, KY   40290-1132

Auto Toyota
Business Solutions Group
Cedar Rapids, IA   52411

Bank of America
135 South LaSalle Street
Chicago, IL   60603

Barge Terminal Trucking Inc.
PO Box 636
Oswego, IL   60543

Bassette
12640 Old US HWY 52S
Winston Salem, NC   27107

Bazos, Freeman
1250 Larkin Ave
Elgin, IL   60123

BMCA
1361 Alps Rd
Wayne, NJ   07470

BMG
PO Box 7536
Richmond, VA   23231-0036

Bower
1702 Dutch Lane
Jeffersonville, IN   47130

BPC Accounting Co
600 South 7th St
Louisville, KY   40201

Bradco
15631 Collections Centr
Chicago, IL   60693

Brown
PO Box 41568
Beaumont, TX   77725-1568

Carpenters Local 63
2002 Fox Creek Road
Bloomington, IL   61701

Carpenter's Pension fund of Il
28 North First Street
Geneva, IL
Geneva, IL   60134-0791

CBM
1532 Hecht Dr.
Bartlett, IL   60103

Centi
PO Box 360093
Pittsburgh, PA   15251-6093

Central
PO Box 4695
Asheboro, NC   27204-4695

Certegy Payment
PO Box 30184
Tampa, FL   33630-3184

Chicago Department of Revenue
Remittance Center
PO Box 88292
Chicago, IL   60680-1292

Citicards
C/O Pro Consulting Services
PO Box 66768
Houston, TX   77266

Evanston
2100 Ridge Ave
Evanston, IL   60201

City of Raleigh
c/o Professional Recovery Cons
PO Box 51187
Durham, NC   27717-1187

Clear
6225 N. Milwaukee Ave
Chicago, IL   60646

Cleasby
PO Box 1161
Westminster, CO  80036-1161

Cokinos
Four Houston
Houston, TX  77010

Cokinos Bosien & Young
1221 Lamar Street, 16th Floor
Houston, TX  77010

Colorado Springs
Department 24
Denver, CO  80256-0001

Complete
PO Box 3038
Saint Charles, IL  60174-9099

Construction
4500 Lake Forest Dr
Cincinnati, OH  45242

Corporation
PO Box 13397
Philadelphia, PA  19101-3397

CT Corp
PO Box 4349
Carol Stream, IL  60197-4349

D & B
75 Remittance Dr #1793
Chicago, IL  60675-1793

Daily
PO Box 6000
Carol Stream, IL  60197-6000

DCFS
13650 Heritage Parkway
Fort Worth, TX  76177-0000

Deep
PO Box 167888
Irving, TX  75016

Delta
PO Box 7652
Houston, TX  77270

Dering, Adam
c/o Illinois Department of Lab
160 N. LaSalle Suite C-1300
Chicago, IL  60601-2808

DEX One
1615 Bluff City Highway
Bristol, TN  37620

Dillon
PO Box 14506
Raleigh, NC  27620

DNH
49.5 S. Washington
Hinsdale, IL  60521

EE Bailey
741 West 115th St.
Chicago, IL  60628

Elgin
1200 East Chicago Ave
Elgin, IL  60120

ESA
610 W Marketview Dr.
Champaign, IL  61822

ESA
3820 Orange Pl.
Beachwood, OH  44122

Extended Stay Hotels
c/o Transworld Systems
507 Prudential Rd
Horsham, PA  19044

F.E. Rooftec Corp.
1959 Cornell Ave.
Melrose Park, IL  60160

Fastenal Company
PO Box 978
Winona, MN  55987-0978

FedEx
PO Box 94515
Palatine, IL  60094-4515

First Midwest Bank
One Pierce Place
Itasca, IL  60143

First Midwest Bank
PO Box 9003
Gurnee, IL  60031-9003

Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL  60124

GAF
PO Box 7247-6653
Philadelphia, PA  19170

GAF- Elk Corp
1361 Alps Road
Wayne, NJ  07470

Garlock Chinest
2601 N. Niagara
Minneapolis, MN  55447

GE Transportation Finance
PO Box 822108
Philadelphia, PA  19182-2108

GE Capital
PO Box 140849
Irving, TX  75014-0000

George Volochati
401 W. 10th St
Hobart, IN  46342

GMAC
PO Box 380901
Minneapolis, MN  55438-0901

GMAC FC
PO Box 9001948
Louisville, KY  40290-1948

GMAC, Inc
c/o Blitt & Gaines, PC
661 W. Glenn Avenue
Wheeling, IL  60090

Goldman, Evans & Trammell LLC

Grainger
2530 Vantage Dr
Elgin, IL  60124-7881

gregg Shamhart
11604 Davey Dr.
Huntley, IL  60142

Griffin Brothers Fill
c/o NCS Plus, 117 E. 24th St
Fl 5
New York, NY  10010

Hicksgas Urbana
PO Box 17157
Urbana, IL  61803-7157

Hitachi Capital
800 Connecticut Avenue
Norwalk, CT  06854-0000

Home Depot Credit Services
PO Box 6031
The Lakes, NV  88901-6031

HSBC
PO Box 4160
Elgin, IL  60121

HWY 55 Cash Landfill
5940 Old Smithfield Rd
Apex, NC   27539

Illinois Department of Revenue
PO Box 19032
Springfield, IL   62794-9032

Illinois DES
PO Box 3637
Springfield, IL   62708-3637

ILoca Services, Inc.
1900 N. Aurora
Naperville, IL   60563-1733

Indiana Insurance Company
PO Box 7906
Loveland, OH   45140-7906

Insulation Plus
PO Box 78106
Milwaukee, WI   53278-0106

Insulation Systems, Inc.
PO Box 8625
Greensboro, NC   27419-8625

Intech Funding Corp
PO Box 931034
Cleveland, OH   44193-0004

Internal Revenue Service
Cincinnati, OH   45999-0039

J&J Roofing & Construction
10S147 Clarendon Hills
Willowbrook, IL   60527

Javier Jauregui
631 Clayton Rd
Angier, NC   27501

Johns Manville Roofing Systems
PO Box 625001
Littleton, CO   80162

JP Ross & Co, Inc
2333 Lucena St
Charlotte, NC   28206

K. Hoving Recycling & Disposal
2351 Powis Rd
West Chicago, IL   60185

Kane County Treasurer
PO Box 4025
Geneva, IL   60134-4025

Labor Ready
C/O Clovis & Roche, Inc
PO Box 1164
Metairie, LA  70004

Labor Ready
1002 Solutions Ctr
Chicago, IL  60677-1000

Lexus Financial Services
PO Box 9490
Cedar Rapids, IA  52409

McRae Roofing
2147 N Fayetteville St
Asheboro, NC  27204

Menards
PO Box 5219
Carol Stream, IL  60197-5219

Metropolitan Limousine
1836 S. Wabash Ave.
Chicago, IL  60616

Midwest Material Mgmt
566 Rock Road Dr.
Unit 1
Dundee, IL  60118

Multi Serv Corp
c/o Ashton & Weinberg, Inc.
PO Box 828
Greenville, RI  02828

Nationwide Foam, Inc.
703 Waverly St.
Framingham, MA  01702

NFI Nationwide Foam, Inc.
703 Waverly St.
Framingham, MA  01702

Nicor Gas
PO BOX 416
Aurora, IL  60568-0001

Nissan Motor Acceptance
PO Box 660360
Dallas, TX  75266

North Carolina Dept of Revenue
PO Box 25000
Raleigh, NC  27640-0002

Nystrom
9300 73rd Avenue North
Minneapolis, MN  55428

Office Depot
PO Box 88040
Chicago, IL  60680-1040

One Beacon Insurance
c/o Markoff & Krasny
29 N. Wacker Dr #550
Chicago, IL  60606-2854

Park National
801 N. Clark Street
Chicago, IL  60601

Peak Fall Protection
PO BOX 965
Apex, NC  27502

PHP Systems/Design
5534 hARVEY wILSON dR.
Houston, TX  77020

PITT COUNTY FINANCE
1717 WEST FIFTH ST
Greenville, NC  27834

PNCEF
c/o Robbins Salomon & Patt
25 E. Washington St
Chicago, IL  60602

PRE PASS
23566 NETWORK PLACE
Chicago, IL  60673-1235

PRIESTER AVIATION, LLC
1061 S. WOLF RD.
Wheeling, IL  60090

Quill.Com
c/o Crestwood Group LLC
PO Box 22630
Beachwood, OH  44122

R.H. Donnelly
29W170 Butterfield Rd
Warrenville, IL  60555

Ragsdale Liggett PLLC
c/o Melissa Brumback
PO Box 31507
Raleigh, NC  27622

Ralph J. Schindler, Jr.
53 West Jackson Blvd
Suite 818
Chicago, IL  60604

REED CONSTRUCTION DATA
PO BOX 2241
Carol Stream, IL  60132.

RITTERSHAUS BEAUMONT
2970 WASHINGTON
Beaumont, TX  77705


RK HYDRO-VAC, INC.
PO BOX 915
Piqua, OH  45356


RKD CONSTRUCTION SUPPLIES
11633 W. GRAND AVE.
NORTHLAKE, IL  60164-1302


Robert Durschlag
1460 Sedona
Aurora, IL  60504


Roofers' Union Welfare Trust
2340 S. River Road
Suite 305
Des Plaines, IL  60018.


Runnion Equipment Co
C/o Solomon & Leadley
329 East Indian Trail
Aurora, IL  60505


Ryder Truck Rental
C/O Monte, Loren, Mann
100 N. Riverside #1500
Chicago, IL  60606


SEAMAN CORPORATION
16075 COLLECTION CENTER
Chicago, IL  60693


SECURITY BONDED WAREHOUSE
1525 S. BLOUNT ST
Raleigh, NC  27603-2507


SERVICE MASTER OF HIGH POINT
PO BOX 889
Trinity, NC  27370


Shamhart, Greg
c/o Illinois Dept of Labor
160 North LaSalle St. # C-1300
Chicago, IL  60601-3150


SIDNEY ELYEA
924 KOLE ST
Chaska, MN  55318


Singles Roofing Co., Inc
936-940 East Chicago Street
Elgin, IL  60120


SLEETH ELECTRIC
48 W 605 HINCKLEY RD
Big Rock, IL  60511

STAPLES
PO BOX 6721
The Lakes, NV  88901-6721

State of North Carolina
PO Box 31
Raleigh, NC  27602

STATE OF WI-DEPT OF REVENUE
2135 RIMROCK
Madison, WI  53708-8981

SUNBELT RENTALS
PO BOX 409211
Atlanta, GA  30384-9211

Hanover
440 Lincoln Street
Worcester, MA  01653-0000

Toyota Motor Credit
PO Box 2730, Mail Stop WF22
Torrance, CA  90509-2730

Transworld Systems, Inc
PO box 4903
Trenton, NJ  08650-4903

TRUCK UTILITIES INC
2370 ENGLISH ST
Saint Paul, MN  55109-2098

TURNBERRY APARTMENTS
901 Valley View Circle
  61705

UNITED PROPANE & ENERGY CO.
3805 CLEARVIEW COURT
Gurnee, IL  60031.

United Recovery Systems
PO Box 722929
Houston, TX  77272-2929

VALUE PLACE - BEAUMONT
2375 I-10 SOUTH
Beaumont, TX  77705

VEOLIA ENVIRONMENTAL SERVICES
RR 3 BOX 891
Sumner, IL  62466

VERIZON WIRELESS
PO BOX 25505
Lehigh Valley, PA  18002-5505

VOYAGER FLEET SYSTEMS, INC
PO BOX 790049
Houston, TX  77279-0049

VTECH INDUSTRIES SERVICES

PO BOX 4291

Houston, TX  77210-4291


WARD & SON, INC.

PO BOX 1251

Elizabeth City, NC  27906-1251


WARREN COUNTY PUBLIC WORKS

712 US HIGHWAY 158 B

Warrenton, NC  27589


WASTE MANAGEMENT, INC.

PO BOX 4648

Carol Stream, IL  60197-4648


WAUGH ASPHALT, INC.

3795 HARDIN ELLISON RD

Franklinville, NC  27248


WELDING SPECIALTIES & MECHANIC

PO BOX 818

Garner, NC  27529


WESSELS SHERMAN

1860 EXECUTIVE

Oconomowoc, WI  53066


WILLIAMS SCOTSMAN, INC.

PO BOX 91975

Chicago, IL  60693-1975


WINDY CITY METAL

4944 W. Grand

Chicago, IL  60639


WINDY CITY METAL

4944 W. GRAND AVE.

Chicago, IL  60639


Wright Express FSC

c/o Collection Division

PO Box 66510

Houston, TX  77266-6510


XEROX CORPORATION

PO BOX 802555

Chicago, IL  60680-2555

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   **Singles Roofing Co., Inc**

Case No.

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:   ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---|---|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1. Gross Income For 12 Months Prior to Filing: | | $ **7,000,000.00** |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
| 2. Gross Monthly Income: | | $ **0.00** |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3. Net Employee Payroll (Other Than Debtor) | $ **0.00** | |
| 4. Payroll Taxes | **0.00** | |
| 5. Unemployment Taxes | **0.00** | |
| 6. Worker's Compensation | **0.00** | |
| 7. Other Taxes | **0.00** | |
| 8. Inventory Purchases (Including raw materials) | **0.00** | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** | |
| 10. Rent (Other than debtor's principal residence) | **0.00** | |
| 11. Utilities | **0.00** | |
| 12. Office Expenses and Supplies | **0.00** | |
| 13. Repairs and Maintenance | **0.00** | |
| 14. Vehicle Expenses | **0.00** | |
| 15. Travel and Entertainment | **0.00** | |
| 16. Equipment Rental and Leases | **0.00** | |
| 17. Legal/Accounting/Other Professional Fees | **0.00** | |
| 18. Insurance | **0.00** | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | | |
| | $ **0.00** | |
| | **0.00** | |
| | **0.00** | |
| 21. Other (Specify) | | |
| | $ **0.00** | |
| | **0.00** | |
| | **0.00** | |
| 22. Total Monthly Expenses | | $ **0.00** |
| | | |
| PART D - ESTIMATED AVERAGE NET MONTHLY INCOME: | | |
| | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ **0.00** |