UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 10bk28972 |
| Singles Roofing Co. Inc, a Corporation | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ). | Honorable Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO FOX SWIBEL LEVIN & CARROLL, LLP, ATTORNEYS FOR TRUSTEE,
FOR ALLOWANCE AND PAYMENT OF <u>FINAL</u> COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 49,131.00 | TOTAL COSTS REQUESTED: | $ 879.85 |
| TOTAL FEES REDUCED: | $ 374.35 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 48,756.65 | TOTAL COSTS ALLOWED: | $ 879.85 |

TOTAL FEES AND COSTS ALLOWED: $49,636.50

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1) <u>Unreasonable Time – TOTAL of disallowed amounts: $ 109.50</u>

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(2) <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 264.85</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated:  April 12, 2021

_____

Timothy A. Barnes
United States Bankruptcy Judge



**EXHIBIT**

**A**

# ATTORNEY AND PARALEGAL INFORMATION

| Rank | Full Name | Law School Class | Admitted to Practice in Illinois | Billing Rate | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| ATTORNEYS | | | | | | |
| Partner | N. Neville Reid (2010) | 1987 | 1987 | $450.00 | 18.7 | $8,415.00 |
| Partner | N. Neville Reid (2012) | 1987 | 1987 | $490.00 | 8.5 | $4,165.00 |
| Partner | N. Neville Reid (2014) | 1987 | 1987 | $495.00 | 13.0 | $6,435.00 |
| Partner | Paul D. Patrow | 2000 | 2000 | $340.00 | 0.6 | $204.00 |
| Associate | Ryan T. Schultz (2010) | 2003 | 2006 | $260.00 | .1 | $26.00 |
| Associate | Elizabeth G. Peterson (2010) | 2007 | 2007 | $240.00 | 30.1 | $7,224.00 |
| Associate | Elizabeth G. Peterson (2011-2012) | 2007 | 2007 | $255.00 | 18.6 | $4,743.00 |
| Associate | Elizabeth G. Peterson (2013) | 2007 | 2007 | $275.00 | 4.0 | $1,100.00 |
| Associate | Steven Vanderporten | 2013 | 2013 | $390.00 | 3.5 | $1,365.00 |
| **ATTORNEY TOTAL** | | | | | **97.1** | **$33,677.00** |

| Rank | Full Name | | | Billing Rate | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| PARAPROFESSIONALS | | | | | | |
| Paralegal | Eric Anderson | | | $235.00 | 0.2 | $47.00 |
| Paralegal | Melissa Aguirre | | | $210.00 | 0.6 | $126.00 |
| Paralegal | Cynthia Lukey (2010) | | | $155.00 | 3.5 | $542.50 |
| Paralegal | Cynthia Lukey (2014) | | | $180.00 | 0.7 | $126.00 |
| Paralegal | Anthony F. Jordan | | | $155.00 | 39.0 | $6,045.00 |
| Paralegal | Annabelle D. Bouse (2012) | | | $175.00 | 1.9 | $332.50 |
| Paralegal | Annabelle D. Bouse (2013-2015) | | | $185.00 | 38.2 | $7,067.00 |
| Paralegal | Kimberly McFarland | | | $185.00 | 0.3 | $55.50 |
| Clerk | R. Grant Baker | | | $125.00 | 8.9 | $1,112.50 |
| **PARAPROFESSIONAL TOTAL** | | | | | **93.3** | **$15,454.00** |

| **GRAND TOTAL** | | | | | | **$49,131.00** |
|---|---|---|---|---|---|---|

3

EXHIBIT
B-1

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

February 3, 2021

Invoice: 98604

FHSLC
FHSLC

File Number: 04958-002

Billed Through: 02/02/2021

## NNR, as Chapter 7 Trustee/Singles Roofing Co - Attorney Matters

### PROFESSIONAL SERVICES

#### General Case Administration

| Date | Atty | Task | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 08/03/2010 | NNR | NNR-A | Research, investigate Singles Roofing case. | 0.80 hrs @ 450.00/hr | 360.00 |
| 08/04/2010 | NNR | NNR-A | Prepare for/attend meeting with Hanover's counsel at Hinshaw re Singles Roofing (1.0). Discussion with E. Peterson re coverage of hearing and strategy (.1). | 1.10 hrs @ 450.00/hr | 495.00 |
| 08/04/2010 | EGP | NNR-A | Review docket and locate motions for relief from automatic stay for N. Reid (.5). Confer with N. Reid regarding whether to object to motions for relief from automatic stay at today's hearing (.2). Appear in court for motions for relief from automatic stay (.5). Report to N. Reid regarding court appearance and meeting D. Zazove, counsel for GAF Capital (.1). | 1.30 hrs @ 240.00/hr  reduced .3 to total $240  reduced 10% to total $202.5 | 312.00 |

(1) excessive time

(2) lumping

| Date | Atty | Task | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 08/12/2010 | NNR | NNR-A | Review file, investigate assets and formulate strategy for Singles Roofing case. | 0.50 hrs @ 450.00/hr | 225.00 |
| 08/23/2010 | RTS | NNR-A | Meet with N. Reid re case status. | 0.10 hrs @ 260.00/hr | 26.00 |
| 08/24/2010 | AFJ | NNR-A | Order Illinois UCC filings for Singles Roofing Co. and United States of America Roofing Co., Inc. | 0.40 hrs @ 155.00/hr | 62.00 |
| 09/07/2010 | RGB | NNR-A | Review service list re: application to employ mailing, spoke with A. Jordan re: same, create abbreviated service list (.2); review docket and update pleadings re: case monitoring; emails to N. Reid, R. Schultz, and E. Peterson re: same (.2). | 0.40 hrs @ 125.00/hr | 50.00 |
| 09/08/2010 | NNR | NNR-A | Edit, revise retention application and resolve conflict issues re same (.7). Discussion with D. Hirshfield re strategy (.8). | 1.50 hrs @ 450.00/hr | 675.00 |
| 09/13/2010 | EGP | NNR-A | Prepare for tomorrow's hearing. | 0.20 hrs @ 240.00/hr | 48.00 |

NNR, as Trustee - Singles Roof                                              Fox Swibel Levin & Carroll LLP
Attorney                                                                    February 3, 2021
Invoice # 98604                                                             Page # 2

### General Case Administration

| Date | Init | Task | Description | Hours/Rate | Amount |
|------|------|------|-------------|-----------|--------|
| 09/17/2010 (1) excessive time | RGB | NNR-A | Review docket and update pleadings folder; emails to N. Reid, R. Schultz, and E. Peterson re: same. | 0.50 hrs @ 125.00/hr reduced .2 total $37.5 | 62.50 |
| 09/20/2010 | RGB | NNR-A | Review docket and update pleadings; emails to N. Reid, R. Schultz, and E. Peterson re: same. | 0.30 hrs @ 125.00/hr | 37.50 |
| 09/28/2010 | NNR | NNR-A | Prepare for, conduct 341 meeting of debtor (3.0). Review pleadings, petition, financial statements (.5). Follow-up questions with creditors re same (.5). | 4.00 hrs @ 450.00/hr | 1,800.00 |
| 10/01/2010 | AFJ | NNR-A | Assist Albert L. Chollet (Hinshaw & Culbertson) with document review (.8). Work on indexing project (5.2). | 6.00 hrs @ 155.00/hr | 930.00 |
| 10/01/2010 | NNR | NNR-A | Discussion with B. Chollet re documents, strategy. | 0.20 hrs @ 450.00/hr | 90.00 |
| 10/01/2010 | EGP | NNR-A | Review newest motions for relief from the automatic stay. | 1.10 hrs @ 240.00/hr | 264.00 |
| 10/04/2010 | AFJ | NNR-A | O/c/w N. Reid re. document review and indexing (.4). Work on indexing (4.6). | 5.00 hrs @ 155.00/hr | 775.00 |
| 10/04/2010 | EGP | NNR-A | Review documentation from J. Philbrick regarding Ally Financial's Motion for Relief from Stay (.1). Prepare for tomorrow's hearing (.1). | 0.20 hrs @ 240.00/hr | 48.00 |
| 10/05/2010 | AFJ | NNR-A | Work on document review. | 6.50 hrs @ 155.00/hr | 1,007.50 |
| 10/05/2010 | EGP | NNR-A | Send summaries of analysis of recently filed Motions for Relief from Stay for N. Reid and R. Schultz (.3). Appear in court for two motions for relief from stay (.4). Confer with N. Reid regarding the Stonegate employment order (.1). | 0.80 hrs @ 240.00/hr | 192.00 |
| 10/06/2010 | AFJ | NNR-A | Work on document review. | 5.00 hrs @ 155.00/hr | 775.00 |
| 10/06/2010 | EGP | NNR-A | Review file (.1). Request claims from T. Jordan (.1). Review Evergreen Slate Company's Motion for Relief from Stay and email N. Reid and R. Schultz with analysis (.4). | 0.60 hrs @ 240.00/hr | 144.00 |
| 10/07/2010 | AFJ | NNR-A | Work on document review. | 5.10 hrs @ 155.00/hr | 790.50 |
| 10/07/2010 (1) excessive time | RGB | NNR-A | Review claims register and update claims folder (.2). Review docket sheet and update pleadings folder (.3). Emails to A. Jordan, E. Peterson, R. Schultz, and N. Reid re: same (.1) | 0.60 hrs @ 125.00/hr reduced .1 to total $62.5 | 75.00 |
| 10/18/2010 | NNR | NNR-A | Reschedule 341 meeting and send emails re same. | 0.40 hrs @ 450.00/hr | 180.00 |
| 10/20/2010 | CAL | NNR-A | Meet with N. Reid re: compact disc for Singles Roofing, Inc. (.1). Review and index documents on same (.4); further meet with N. Reid re: same (.1). | 0.60 hrs @ 155.00/hr | 93.00 |

NNR, as Trustee - Singles Roof
Attorney
Invoice # 98604

Fox Swibel Levin & Carroll LLP
February 3, 2021
Page # 3

### *General Case Administration*

| | | | | | |
|---|---|---|---|---|---:|
| 10/20/2010 | NNR | NNR-A | Edit/revise Stipulation to lift stay. | 0.20 hrs @ 450.00/hr | 90.00 |
| 10/21/2010 | EGP | NNR-A | Call J. Rejano, the attorney for GE Capital Corp., to find out why their Motion for Relief from Stay was continued and email N. Reid regarding the same. | 0.20 hrs @ 240.00/hr | 48.00 |
| 10/22/2010 | RGB | NNR-A | Review bankruptcy docket and update pleadings folder (.2); emails to N. Reid, R. Schultz, and E. Peterson re: same (.1). | 0.30 hrs @ 125.00/hr | 37.50 |
| 10/25/2010 | CAL | NNR-A | Complete review of files for pertinent documents (.3); revise spreadsheet for contact information for accounts receivable (.2); forwarded same to N. Reid and K. Hachikian (.1). | 0.60 hrs @ 155.00/hr | 93.00 |
| 10/25/2010 | EGP | NNR-A | Review FCA Construction Company Motions and related D. Minn. civil complaint, and email N. Reid and R. Schultz regarding the same. | 0.70 hrs @ 240.00/hr | 168.00 |
| 10/26/2010 | EGP | NNR-A | Review new proof of claim and request additional information from G. Baker. | 0.10 hrs @ 240.00/hr | 24.00 |
| 10/27/2010 | RGB | NNR-A | Email to E. Peterson re: Ryder's claim for judgment in civil case(.1). Review civil docket, complaints, and orders re: same (.2). Obtain copies of pleadings and create electronic file re: same (.2). | 0.50 hrs @ 125.00/hr | 62.50 |
| 10/27/2010 | EGP | NNR-A | Review complaint and orders from Ryder Truck Rental Inc. v. Singles Roofing, and email N. Reid and G. Baker regarding the same. | 0.50 hrs @ 240.00/hr | 120.00 |
| 11/04/2010 | CAL | NNR-A | Communicated with N. Reid, A. Chollet and A. Benner re: document review of Singles' project files | 0.20 hrs @ 155.00/hr | 31.00 |
| 11/05/2010 | CAL | NNR-A | Communicated with A. Benner re: document review and index of boxes of Singles Roofing documents (.1); forwarded copy of index to A. Benner (.1); prepared documents for review for A. Benner (.3); met with A. Benner re: same (.1); met with N. Reid re: original documents of same (.1); prepared copies of requested documents for A. Benner (.9) | 1.60 hrs @ 155.00/hr | 248.00 |
| 11/08/2010 | CAL | NNR-A | Communicated with N. Reid and A. Knapp re: Singles Roofing documents | 0.20 hrs @ 155.00/hr | 31.00 |
| 11/09/2010 | CAL | NNR-A | Telephone conference with A. Knapp re: insurance policies for Singles Roofing (.1); communicated with N. Reid re: index of boxes for same (.1); emailed index to A. Knapp (.1) | 0.30 hrs @ 155.00/hr | 46.50 |
| 11/22/2010 | EGP | NNR-A | Review newest claims (.2).  Begin working on claims spreadsheet (.6). | 0.80 hrs @ 240.00/hr | 192.00 |
| 12/07/2010 | EGP | NNR-A | Confer with N. Reid regarding strategy, 341 meeting, and tax records (.2). Call G. Hirz at US Department of Justice regarding tax returns, and email N. Reid regarding the same (.1). | 0.30 hrs @ 240.00/hr | 72.00 |

NNR, as Trustee - Singles Roof
Attorney
Invoice # 98604

Fox Swibel Levin & Carroll LLP
February 3, 2021
Page # 4

### *General Case Administration*

| Date | | | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 12/09/2010 | EGP | NNR-A | Confer with N. Reid regarding Motion to Compel and possible 364 Motion (.1).  Confer with R. Schultz regarding 364 Motion and begin preparing term sheet (.6). | 0.70 hrs @ 240.00/hr | 168.00 |
| 12/13/2010 | EGP | NNR-A | Review recently filed motions for relief from stay, and email N. Reid regarding the same. | 1.00 hrs @ 240.00/hr | 240.00 |
| 12/15/2010 | EGP | NNR-A | Review new filings and email N. Reid regarding the same. | 0.20 hrs @ 240.00/hr | 48.00 |
| 02/18/2011 | EGP | NNR-A | Review new pleadings. | 0.10 hrs @ 255.00/hr | 25.50 |
| 02/23/2011 | EGP | NNR-A | Research regarding document subpoenas to non-debtor entities under Bankruptcy Rule 2004 for N. Reid. | 0.70 hrs @ 255.00/hr | 178.50 |
| 03/18/2011 | EGP | NNR-A | Follow-up with N. Reid regarding request for documents from A. Knapp, counsel for DCFS USA, Inc. | 0.10 hrs @ 255.00/hr | 25.50 |
| 04/04/2011 | EGP | NNR-A | Review Toyota Finance Motion for Relief from Stay and email N. Reid regarding upcoming hearings in Bankruptcy Court and Cook County Circuit Court. | 0.20 hrs @ 255.00/hr | 51.00 |
| 01/20/2012 | EGP | NNR-A | Prepare the Trustee's Motion to Compel R. Durchslag to Attend Final § 341 Meeting, e-file and arrange for service of the same. | 0.90 hrs @ 255.00/hr | 229.50 |
| 01/24/2012 | EGP | NNR-A | Prepare for hearing on Trustee's Motion to Compel Durchslag to Attend Final § 341 Meeting. | 0.10 hrs @ 255.00/hr | 25.50 |
| 01/25/2012 | EGP | NNR-A | Prepare for hearing on Motion to Compel Durchslag to Attend Final § 341 Meeting and go to court for hearing (.5); confer with N. Reid about hearing (.1); update proposed order granting Motion to Compel Debtor to Attend Final § 341 Meeting (.2). | 0.80 hrs @ 255.00/hr | 204.00 |
| 04/05/2012 (2) lumping | EGP | NNR-A | <u>Confer with K. Goin about check relating to the Helen C. White Library at the University of Wisconsin-Madison, locate court order relating to Hanover Insurance Comany, and prepare cover letter to A. Chollet with check.</u> | 0.70 hrs @ 255.00/hr    Reduced 10% to total $229.5 | 178.50 |
| 04/16/2012 | EGP | NNR-A | Prepare for status call with N. Reid, D. Dawson, and B. Kirk (.1);  conference call with N. Reid, D. Dawson, and B. Kirk regarding status of discovery (.1). | 0.20 hrs @ 255.00/hr | 51.00 |
| 04/20/2012 | EGP | NNR-A | Prepare for conference call with B. Kirk (.1); conference call with B. Kirk regarding status of case (.1). | 0.20 hrs @ 255.00/hr | 51.00 |
| 04/27/2012 | EGP | NNR-A | Prepare for conference call with B. Kirk (.1); conference call with B. Kirk regarding status of case (.1). | 0.20 hrs @ 255.00/hr | 51.00 |

NNR, as Trustee - Singles Roof
Attorney
Invoice # 98604

Fox Swibel Levin & Carroll LLP
February 3, 2021
Page # 5

### General Case Administration

| Date | | | Description | | Amount |
|------|---|---|-------------|---|--------|
| 05/01/2012 | PDP | NNR-A | Conference N. Reid, and analysis of federal income tax liens regarding income tax liabilities from multiple tax years. | 0.60 hrs @ 340.00/hr | 204.00 |
| 05/04/2012 | EGP | NNR-A | Prepare for conference call with B. Kirk (.1); conference call with B. Kirk regarding status of case (.1); draft email to email N. Reid regarding call (.1). | 0.30 hrs @ 255.00/hr | 76.50 |
| 05/16/2012 | EGP | NNR-A | TC with D. Dawson regarding tomorrow's 341 meeting. | 0.20 hrs @ 255.00/hr | 51.00 |
| 05/17/2012 | NNR | NNR-A | singles - prepare for, conduct 341 meeting, and discussion with D. Dawson re followup re same - 2.0 | 2.00 hrs @ 490.00/hr | 980.00 |
| 05/18/2012 | NNR | NNR-A | singles - discussion with dawson re status -.2 | 0.20 hrs @ 490.00/hr | 98.00 |
| 05/18/2012 | NNR | NNR-A | singles - calls to Dawson re status - .1 | 0.10 hrs @ 490.00/hr | 49.00 |
| 06/07/2012 | EGP | NNR-A | Confer about status of case at monthly trustee team meeting. | 0.10 hrs @ 255.00/hr | 25.50 |
| 06/08/2012 | EGP | NNR-A | Confer with N. Reid and D. Dawson about status of case, and review documents at D. Dawson's office. | 0.80 hrs @ 255.00/hr | 204.00 |
| 06/16/2012 | NNR | NNR-A | Singles - discussion with D. Dawson re status of litigation, dep - .2 | 0.20 hrs @ 490.00/hr | 98.00 |
| 06/25/2012 | NNR | NNR-A | discussion with Dan Dawson, Brittany Kirk re complaint, analysis, research, strategy | 0.70 hrs @ 490.00/hr | 343.00 |
| 07/02/2012 | EGP | NNR-A | Discuss status of case at monthly trustee team meeting. | 0.10 hrs @ 255.00/hr | 25.50 |
| 07/06/2012 | EGP | NNR-A | TC with D. Dawson regarding status of case. | 0.20 hrs @ 255.00/hr | 51.00 |
| 07/13/2012 | EGP | NNR-A | TC with B. Kirk regarding status of case. | 0.10 hrs @ 255.00/hr | 25.50 |
| 08/14/2012 | EGP | NNR-A | Go to court for status hearing in adversary proceeding (.3); email N. Reid about hearing (.1). | 0.40 hrs @ 255.00/hr | 102.00 |
| 08/17/2012 | EGP | NNR-A | TC with D. Dawson regarding status of adversary proceeding. | 0.10 hrs @ 255.00/hr | 25.50 |
| 08/24/2012 | EGP | NNR-A | TC with J. Ptasinski regarding status of case. | 0.10 hrs @ 255.00/hr | 25.50 |
| 08/31/2012 | EGP | NNR-A | TC with J. Ptasinski regarding status of case. | 0.10 hrs @ 255.00/hr | 25.50 |
| 09/21/2012 | EGP | NNR-A | Conference call with J. Ptasinski regarding status of adversary proceeding. | 0.10 hrs @ 255.00/hr | 25.50 |
| 10/05/2012 | EGP | NNR-A | TC with J. Ptasinski regarding status of case. | 0.10 hrs @ 255.00/hr | 25.50 |

NNR, as Trustee - Singles Roof                                        Fox Swibel Levin & Carroll LLP
Attorney                                                              February 3, 2021
Invoice # 98604                                                       Page # 6

### General Case Administration

| | | | | | |
|---|---|---|---|---|---|
| 11/06/2012 | EGP | NNR-A | TC with J. Ptasinski regarding status of case. | 0.10 hrs @ 255.00/hr | 25.50 |
| 11/16/2012 | EGP | NNR-A | TC with J. Ptasinski regarding status of case. | 0.10 hrs @ 255.00/hr | 25.50 |
| 12/21/2012 | ADB | NNR-A | Review email from N. Reid re: claim. | 0.10 hrs @ 175.00/hr | 17.50 |
| 12/22/2012 | ADB | NNR-A | Review email from N. Reid re: liabilities/claims. | 0.10 hrs @ 175.00/hr | 17.50 |
| 01/04/2013 | ADB | NNR-A | Email to N. Reid re: claim. | 0.10 hrs @ 185.00/hr | 18.50 |
| 01/07/2013 | EGP | NNR-A | TC with A. Friedman regarding USA Roofing payroll records (.1); search for records (.5). | 0.60 hrs @ 275.00/hr | 165.00 |
| 01/10/2013 | EGP | NNR-A | Confer with K. Goin regarding bar date and proof of claim for Singles Construction. | 0.10 hrs @ 275.00/hr | 27.50 |
| 01/25/2013 | EGP | NNR-A | Confer with N. Reid, D. Dawson, J. Ptasinski, and C. Gibbs regarding status of case. | 0.20 hrs @ 275.00/hr | 55.00 |
| 02/08/2013 | EGP | NNR-A | TC with J. Ptasinski regarding status of case. | 0.10 hrs @ 275.00/hr | 27.50 |
| 07/08/2013 | EGP | NNR-A | Begin preparing motion to abandon roofing license. | 0.40 hrs @ 275.00/hr | 110.00 |
| 07/09/2013 | EGP | NNR-A | TC with N. Reid and A. Friedman regarding roofing license (.2); draft motion to abandon roofing license, and prepare service list (1.8); review license and research regarding the Illinois Department of Financial and Professional Regulation (.2). | 2.20 hrs @ 275.00/hr | 605.00 |
| 03/03/2014 | ADB | NNR-A | Review email from K. Goin re: Financial Records Summons. | 0.10 hrs @ 185.00/hr | 18.50 |
| 03/10/2014 | ADB | NNR-A | Review emails from K. Goin, N. Reid and D. Dawson re: Durchslag/IRS Summons. | 0.20 hrs @ 185.00/hr | 37.00 |
| 04/25/2014 | ADB | NNR-A | Review email from K. Goin re: Edward Jones | 0.10 hrs @ 185.00/hr | 18.50 |
| 09/24/2014 | ADB | NNR-A | Telephone call with N. Reid re: Errata Sheet (.2); draft Errata Sheet to Motion to Abandon (.3); revise, and file the amended certificate of service (.2). | 0.70 hrs @ 185.00/hr | 129.50 |
| 05/14/2015 | ADB | NNR-A | Review emails to BK Docket and calendar upcoming hearing date/deadlines | 0.10 hrs @ 185.00/hr | 18.50 |
| 06/04/2015 | ADB | NNR-A | Reviewed emails from N. Reid and K. Goin (.3); met with K Goin re: TFR (.4) | 0.70 hrs @ 185.00/hr | 129.50 |
| 08/16/2017 | MNA | NNR-A | Review email from L. West requesting last tax return filed by debtor (.1); research same (.3); prepare email to B. de'Medici re: same (.1). | 0.50 hrs @ 210.00/hr | 105.00 |

NNR, as Trustee - Singles Roof
Attorney
Invoice # 98604

Fox Swibel Levin & Carroll LLP
February 3, 2021
Page # 7

**General Case Administration**

| 08/18/2017 | MNA | NNR-A | Telephone conference with L. West and N. Reid re: filing a tax return for this case. | 0.10 hrs @ 210.00/hr | 21.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| | *Total for: General Case Administration* | *$16,340.00* |
| | **Total Professional Services:** | **$16,340.00** |

# DISBURSEMENTS

| 10/29/2010 | Pacer Service Center; Invoice # FH0224-Q32010; Online research for the Third Quarter of 2010 (7/1/10-9/30/10) | $17.04 |
|---|---|---|
| 11/11/2010 | Corporation Service Co.; Invoice # 53237988; UCC/ Lien and litigation search for Singles Roofing Co. | $74.00 |
| 11/11/2010 | Corporation Service Co.; Invoice # 53237992; UCC/ Lien and litigation search for United States of America Roofing Co., Inc. | $35.75 |
| 02/09/2011 | Pacer Service Center; Invoice # FH0224-Q42010; Online research for the fourth quarter of 2010 (10/1-12/31/2010) | $22.56 |
| 03/30/2011 | Petty Cash; Invoice # 03-25-11-1; Obtain copy of court documents | $2.00 |
| 07/31/2011 | Pacer Service Center; Invoice # FH0224-Q2 2011; Online research for the second quarter of 2011 | $4.56 |
| 08/18/2011 | Law Bulletin Publishing Co.; Invoice # 1448176; Access plus court call look up for name and case | $26.00 |
| 10/31/2011 | Pacer Service Center; Invoice # FH0224-Q3 2011; Online research for the Third Quarter of 2011 | $8.64 |
| 07/30/2012 | Westlaw; Invoice # 825224448; Online research for June 2012 | $32.77 |
| 07/31/2012 | Pacer Service Center; Invoice # FH0224-Q22012; Online research for the Second Quarter of 2012 | $6.20 |
| 09/26/2012 | Westlaw; Invoice # 825643509; Online research for August 2012 | $51.19 |
| 04/29/2013 | PACER; Online research for the first quarter of 2013 | $16.10 |
| 07/19/2013 | Pacer Service Center; Invoice # FH0224-Q22013; Online research for the second quarter of 2013 | $11.10 |
| 10/22/2013 | Pacer Service Center; Invoice # FH0224-Q32013; Online research | $5.30 |
| 02/19/2014 | Pacer Service Center; Invoice # FH0224-Q42013; Online research | $21.00 |
| 07/29/2014 | Westlaw; Invoice # 829864434; Online research | $44.18 |
| 08/27/2014 | Westlaw; Invoice # 830049212; Online research | $177.36 |

NNR, as Trustee - Singles Roof                                      Fox Swibel Levin & Carroll LLP
Attorney                                                                          February 3, 2021
Invoice # 98604                                                                        Page # 8

## *DISBURSEMENTS*

| | | |
|---|---|---:|
| 09/19/2014 | Postage for service of Trustee's Sale Motion | $46.62 |
| 09/29/2014 | Chase Card Services; Invoice # 09/22/14; Electronic Application in the IL Northern CM ECF - Sale | $176.00 |
| 09/30/2014 | FedEx; Invoice # 2-791-61414; Messenger service on 09/19/14 to VW Cerdit, Inc. Illinois Corporation Service | $18.12 |
| 10/30/2014 | FedEx; Invoice # 2-806-17591; Messenger service on 10/03/14 returned from Title Administration Assurant Group | $21.30 |
| 11/03/2014 | FedEx; Invoice # 2-828-46787; Messenger service on 10/23/14 to Charlie Winternitz of Loeb Winternitz, LLC | $15.19 |
| 11/20/2014 | FedEx; Invoice # 2-835-54342; Messenger service on 10/31/14 to Edward Dillon of Wheels of Chicagoland | $15.19 |
| 11/26/2014 | FedEx; Invoice # 2-850-24737; Messenger serviceon 11/13/14 to Volkswagon credit department | $15.06 |
| 08/19/2015 | FedEx; Invoice # 5-124-86249; Messenger service on 08/05/15 to Escheatment Department, Edward Jones | $16.62 |

|  | **Total Disbursements:** | **$879.85** |
|---|---:|---:|

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---:|---:|
| NNR | Reid, Neville N | 11.90 | $5,483.00 |
| RTS | Schultz, Ryan T | 0.10 | $26.00 |
| MNA | Aguirre, Melissa N | 0.60 | $126.00 |
| ADB | Bouse, Anabelle D | 2.20 | $405.00 |
| CAL | Lukey, Cynthia A | 3.50 | $542.50 |
| RGB | Baker, Robert Grant | 2.60 | $325.00 |
| PDP | Patrow, Paul D. | 0.60 | $204.00 |
| EGP | Peterson, Elizabeth G. | 19.40 | $4,888.50 |
| AFJ | Jordan, Anthony F | 28.00 | $4,340.00 |

## *BILL SUMMARY*

| | |
|---|---:|
| TOTAL CHARGES THIS INVOICE | $17,219.85 |
| **BALANCE DUE UPON RECEIPT** | **$17,219.85** |

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

EXHIBIT
**B-2**

February 3, 2021

Invoice: 99150
File Number: 04958-002
Billed Through: 02/02/2021

FHSLC
FHSLC

## NNR, as Chapter 7 Trustee/Singles Roofing Co - Attorney Matters

### *PROFESSIONAL SERVICES*

*Asset Investigation and Recovery*

| Date | | | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 08/24/2010 | NNR | NNR-B | Discussion with Stonegate (receivables collection agent) re strategies for collection, status, potential obstacles. | 1.50 hrs @ 450.00/hr | 675.00 |
| 08/24/2010 | NNR | NNR-B | Discussion with opposing counsel re status of resolving potential conflicts between Hanover and estate re receivables. | 0.30 hrs @ 450.00/hr | 135.00 |
| 08/30/2010 | NNR | NNR-B | Calls, messages to opposing counsel and Stonegate re setting up a time to discuss receivables collection. | 0.20 hrs @ 450.00/hr | 90.00 |
| 09/29/2010 | NNR | NNR-B | Follow-up discussion with R. Schindler re potential tax refund for estate; new dates for 341 meeting; legal right to recovery of monies taken by IRS. | 0.20 hrs @ 450.00/hr | 90.00 |
| 10/04/2010 | NNR | NNR-B | Field calls from creditors, deal with issues re potential alter ego claim, potential assets, recovery of amounts from Edward Jones account. | 0.70 hrs @ 450.00/hr | 315.00 |
| 10/14/2010 | NNR | NNR-B | Reschedule 341 meeting (.1). Review tax returns re potential refund issues, discussion with Schindler re same (.2). | 0.30 hrs @ 450.00/hr | 135.00 |
| 10/15/2010 | NNR | NNR-B | Resolve issues, send emails re continued 341 meeting, tax returns, potential refund. | 0.10 hrs @ 450.00/hr | 45.00 |
| 01/10/2011 | EGP | NNR-B | Review and respond to email correspondence from B. Clark, counsel for Hitachi, regarding recovery of three vehicles. | 0.30 hrs @ 255.00/hr | 76.50 |
| 06/09/2011 | EGP | NNR-B | Gather information regarding default judgment order against Singles Construction Co. and email N. Reid regarding the same. | 0.20 hrs @ 255.00/hr | 51.00 |

NNR, as Trustee - Singles Roof
Attorney
Invoice # 99150

Fox Swibel Levin & Carroll LLP
February 3, 2021
Page # 2

### *Asset Investigation and Recovery*

| | | | | | |
|---|---|---|---|---|---|
| 11/17/2011 | EGP | NNR-B | Review letter from D. Remington at the Wisconsin Department of Justice regarding retainage from project at the University of Wisconsin (.1); research turnover requirements and draft response to D. Remington (.9). | 1.00 hrs @ 255.00/hr | 255.00 |
| 01/26/2012 | EGP | NNR-B | Begin gathering tax documents (.1); research regarding Singles Construction Company, LLC, and bank records (.3); draft letter to Standard Bank & Trust (.2); prepare for meeting with N. Reid and D. Dawson (.3); meet with N. Reid and D. Dawson to discuss status of case and hiring D. Dawson on a contingency fee basis (.4); e-file draft order approving Motion to Compel R. Durchslag to Attend Final 341 Meeting (.1). | 1.40 hrs @ 255.00/hr | 357.00 |
| 02/03/2012 | EGP | NNR-B | Prepare and send letter to Standard Bank requesting bank records. | 0.20 hrs @ 255.00/hr | 51.00 |
| 03/06/2012 | EGP | NNR-B | TC with B. Kirk regarding payment to IRS, and look for tax payments in bank records. | 0.30 hrs @ 255.00/hr | 76.50 |
| 03/16/2012 | EGP | NNR-B | Confer with N. Reid regarding parties for D. Dawson and B. Kirk to investigage (.1); TC with B. Kirk regarding status of document review and preference actions (.1). | 0.20 hrs @ 255.00/hr | 51.00 |
| 03/23/2012 | EGP | NNR-B | TC with D. Dawson regarding status of subpoenas (.1); email to D. Dawson regarding moving for alternative service (.1). | 0.20 hrs @ 255.00/hr | 51.00 |
| 04/09/2012 | EGP | NNR-B | TC with D. Dawson regarding document production, and locate documents for D. Dawson (.2); confer with N. Reid, D. Dawson, and B. Kirk regarding discovery and potential adversary actions (.2). | 0.40 hrs @ 255.00/hr | 102.00 |
| 05/11/2012 | EGP | NNR-B | Prepare for conference call with B. Kirk (.1); conference call with B. Kirk regarding status of case (.1); confer with N. Reid and R. Patrow regarding potential tax refund (.9). | 1.10 hrs @ 255.00/hr | 280.50 |
| 05/11/2012 | NNR | NNR-B | - analysis, discussion with Liz, Paul Patrow re potential tax refund - ( 1.0); discussion, analysis re status, next steps (.3) | 1.30 hrs @ 490.00/hr | 637.00 |
| 05/29/2012 | NNR | NNR-B | singles - discussion with dawson re ed jones docs - .3 | 0.30 hrs @ 490.00/hr | 147.00 |
| 05/31/2012 | NNR | NNR-B | singles - discussion with d. dawson re status, dep, open issues, strategy, next steps - .3 | 0.30 hrs @ 490.00/hr | 147.00 |
| 06/25/2012 | EGP | NNR-B | Meet with N. Reid, D. Dawson, and B. Kirk to discuss status of case and possible adversary complaint. | 0.60 hrs @ 255.00/hr | 153.00 |
| 06/26/2012 | EGP | NNR-B | Review and mark-up draft of adversary complaint, and email notes to N. Reid. | 1.20 hrs @ 255.00/hr | 306.00 |

NNR, as Trustee - Singles Roof                                                    Fox Swibel Levin & Carroll LLP
Attorney                                                                          February 3, 2021
Invoice # 99150                                                                   Page # 3

### Asset Investigation and Recovery

| | | | | | |
|---|---|---|---|---|---|
| 06/27/2012 | EGP | NNR-B | Review most recent draft of adversary complaint prior to filing, and multiple emails and TCs to B. Kirk and N. Reid regarding suggested revisions to the same. | 0.80 hrs @ 255.00/hr | 204.00 |
| 06/27/2012 | NNR | NNR-B | edit, revise complaint and discussion with Liz P. re same | 1.50 hrs @ 490.00/hr | 735.00 |
| 06/27/2012 | NNR | NNR-B | prepare for, conduct conf call with special counsel re complaint | 0.30 hrs @ 490.00/hr | 147.00 |
| 06/28/2012 | EGP | NNR-B | Review 2010 checking account records for N. Reid. | 0.20 hrs @ 255.00/hr | 51.00 |
| 08/27/2012 | EGP | NNR-B | TC with D. Dawson regarding status of case (.1); TC with K. White, counsel for Elgin State Bank, regarding appointment of R. Handler as receiver (.2); follow-up email to N. Reid regarding call with K. White (.1). | 0.40 hrs @ 255.00/hr | 102.00 |
| 08/29/2012 | NNR | NNR-B | analysis, discussion, conference call with client re amended order and resolve issues re same | 0.80 hrs @ 490.00/hr | 392.00 |
| 09/10/2012 | EGP | NNR-B | TC with R. Handler and A. Friedman regarding payroll records (.1); search for 2009 payroll records, and arrange for relevant documents to be sent to R. Handler (.6). | 0.70 hrs @ 255.00/hr | 178.50 |
| 09/14/2012 | EGP | NNR-B | Email correspondence with A. Friedman regarding 2009 financial statements and check register (.1); search for financial statements and check register (.4). | 0.50 hrs @ 255.00/hr | 127.50 |
| 09/17/2012 | EGP | NNR-B | TC with A. Bouse and email to K. Goin regarding Singles financial records. | 0.10 hrs @ 255.00/hr | 25.50 |
| 09/18/2012 | ADB | NNR-B | Met with E. Peterson re: Bank of America documents (.2); met with Kathy re: bank documents (.1); review correspondence from E. Peterson re: document to A. Friedman (.3); email to E. Peterson re: banking documents (.2); copy documents produced by Bank of America, First Midwest Bank and CPA to CDs (.7); letter to A. Friedman enclosing CDs containing documents produced by Bank of America, First Midwest Bank and the CPA (.2). | 1.70 hrs @ 175.00/hr | 297.50 |
| 09/18/2012 | EGP | NNR-B | Locate and review documents with financial information for A. Friedman, and arrange for documents to be sent to A. Friedman's office. | 1.00 hrs @ 255.00/hr | 255.00 |
| 09/27/2012 | NNR | NNR-B | edit, revise amended complaint and discussion with D. Dawson re same | 0.40 hrs @ 490.00/hr | 196.00 |
| 10/01/2012 | EGP | NNR-B | TC with R. Handler regarding 2010 and 2011 payroll data, and email N. Reid, D. Dawson, A. Bouse, and J. Ptasinksi regarding the same. | 0.10 hrs @ 255.00/hr | 25.50 |
| 10/18/2012 | NNR | NNR-B | Singles - edit, revise Dan's motion re trust and discussion re same - .4 | 0.40 hrs @ 490.00/hr | 196.00 |

NNR, as Trustee - Singles Roof
Attorney
Invoice # 99150

Fox Swibel Levin & Carroll LLP
February 3, 2021
Page # 4

### *Asset Investigation and Recovery*

| | | | | | |
|---|---|---|---|---|---|
| 01/08/2013 | ADB | NNR-B | Telephone call with N. Reid re: claim (.1); draft claim affidavit (.6); review email from N. Reid re: footnote to claim (.1); telephone call with D. Dawson re: claim (.1); telephone call with D. Dawson and N. Reid re: claim (.2); revise claim affidavit (.7); review email from N. Reid re: claim (.1); letter to R. Handler encl. claim affidavit (.2). | 2.10 hrs @ 185.00/hr | 388.50 |
| 01/17/2013 | ADB | NNR-B | Review emails from K. Goin re: P. Nowlin (.1); telephone call with R. Handler re: ADP (.2). | 0.30 hrs @ 185.00/hr | 55.50 |
| 01/18/2013 | ADB | NNR-B | Review email to R. HAndler and A. Friedman re: ADP. | 0.10 hrs @ 185.00/hr | 18.50 |
| 01/29/2013 | EGP | NNR-B | Locate documents relating to R. Garcia for B. Handler. | 0.30 hrs @ 275.00/hr | 82.50 |
| 05/19/2014 | ADB | NNR-B | Review email from K. Goin re: Edward Jones (.1); review letter from A. Chavez at Edward Jones re: Trust account (.1). | 0.20 hrs @ 185.00/hr | 37.00 |
| 06/03/2014 | ADB | NNR-B | Review emails from N. Reid re: titles to be ordered. | 0.20 hrs @ 185.00/hr | 37.00 |
| 06/03/2014 | NNR | NNR-B | draft, edit, revise lease agreement and confer with R. Handler, R. Schindler re same | 4.60 hrs @ 495.00/hr | 2,277.00 |
| 06/04/2014 | NNR | NNR-B | further edit, revise, resolve issues re lease of vehicles | 0.40 hrs @ 495.00/hr | 198.00 |
| 06/06/2014 | NNR | NNR-B | edit, revise vehicle lease and email to Schindler re same | 1.50 hrs @ 495.00/hr | 742.50 |
| 06/20/2014 | ADB | NNR-B | Review email from N. Reid and R. Schindler re: vehicles. | 0.10 hrs @ 185.00/hr | 18.50 |
| 07/01/2014 | ADB | NNR-B | Email to K. Goin re: title info/contact info at IL Sec of State (.1); telephone call with N. Reid and K. Goin re: same (.1). | 0.20 hrs @ 185.00/hr | 37.00 |
| 07/23/2014 | ADB | NNR-B | Telephone calls with N. Reid re: sale of vehicle/motion to approve sale (.5); review emails from N. Reid re: same (.2); review lease agreements and book blue info re: same (.4); draft Motion to Approve Sale (.9). | 2.00 hrs @ 185.00/hr | 370.00 |
| 07/24/2014 | ADB | NNR-B | Review email from N. Reid re: payoff letter (.1); revise motion to approve sale (1.5); update service list (.3). | 1.90 hrs @ 185.00/hr | 351.50 |
| 07/25/2014 | ADB | NNR-B | Telephone call with N. Reid re: sale motion (.2); review lease and documents prod re: vehicles (.7); revise Trustee's Motion to Approve Sale (2.8). | 3.70 hrs @ 185.00/hr | 684.50 |
| 07/28/2014 | ADB | NNR-B | Met with C. Lukey re: Sale Motion. | 0.10 hrs @ 185.00/hr | 18.50 |
| 07/28/2014 | CAL | NNR-B | Revised Notice of Motion to Approve Sale, Shorten Notice and Limited Notice | 0.70 hrs @ 180.00/hr | 126.00 |

NNR, as Trustee - Singles Roof                                              Fox Swibel Levin & Carroll LLP
Attorney                                                                           February 3, 2021
Invoice # 99150                                                                          Page # 5

### Asset Investigation and Recovery

| | | | | | |
|---|---|---|---|---|---|
| 07/29/2014 | ADB | NNR-B | Telephone call with N. Reid re: Sale Motion (.1); review emails from N. Reid re: sale (.1). | 0.20 hrs @ 185.00/hr | 37.00 |
| 07/29/2014 (2) lumping | NNR | NNR-B | edit, revise sale motion; research, analysis re whether trustee can sell assets to former counsel for debtor | 3.30 hrs @ 495.00/hr reduced 10% to total $1,470.15 | 1,633.50 |
| 08/07/2014 | ADB | NNR-B | Review emails from N. Reid re: C. Winternitz. | 0.10 hrs @ 185.00/hr | 18.50 |
| 08/08/2014 | ADB | NNR-B | Email to N. Reid re: sale motion. | 0.10 hrs @ 185.00/hr | 18.50 |
| 08/11/2014 | ADB | NNR-B | Review email from N. Reid re: auctioneer (.1); telephone call with N. Reid re: application to employ auctioneer (.2); | 0.10 hrs @ 185.00/hr | 18.50 |
| 08/12/2014 | ADB | NNR-B | Review emails from N. Reid and C. Winternitz re: vehicles (.2); telephone call with N. Reid re: TFR (.1). | 0.30 hrs @ 185.00/hr | 55.50 |
| 08/18/2014 | ADB | NNR-B | Review emails from C. Winternitz and K. Goin re: titles. | 0.10 hrs @ 185.00/hr | 18.50 |
| 08/19/2014 | ADB | NNR-B | Review email from C. Winternitz re: vehicles. | 0.10 hrs @ 185.00/hr | 18.50 |
| 08/22/2014 | ADB | NNR-B | Telephone call with N. Reid re: auction motion and application to employ auctioneer. | 0.10 hrs @ 185.00/hr | 18.50 |
| 09/09/2014 | ADB | NNR-B | Telephone calls with N. Reid re: sale motion/auction motion. | 0.60 hrs @ 185.00/hr | 111.00 |
| 09/10/2014 | ADB | NNR-B | Telephone call with N. Reid re: auction / Cheesecake, LLC / titles from DMV (.1); telephone call with DMV re: titiles (.2); telephone call with N. Reid re: auction (.1); review emails from N. Reid and C. Winternitz re: employment applications (.2); revise employment application (1.0); telephone call with C. Winternitz re: affidavit (.2). | 1.80 hrs @ 185.00/hr | 333.00 |
| 09/19/2014 | ADB | NNR-B | Revise, file, serve and docket the Trustee's Motion to Appove Sale | 3.10 hrs @ 185.00/hr | 573.50 |
| 09/19/2014 | NNR | NNR-B | edit, revise motion to sell vehicle | 1.40 hrs @ 495.00/hr | 693.00 |
| 09/22/2014 | ADB | NNR-B | Telephone call with Clerk of the Court re: sale motion/fee due (.4); telephone call with N. Reid re: same (.2). | 0.60 hrs @ 185.00/hr | 111.00 |
| 09/23/2014 | ADB | NNR-B | Met with n. Reid re: Volkswagen / Lien. | 0.40 hrs @ 185.00/hr | 74.00 |
| 09/24/2014 (2) lumping | NNR | NNR-B | edit, revise order and verify title issues re same; confer with B. handler re distributions | 0.50 hrs @ 495.00/hr reduced 10% to total $222.8 | 247.50 |
| 09/30/2014 | NNR | NNR-B | prepare for, attend hearing re motion for sale of vehicle | 0.50 hrs @ 495.00/hr | 247.50 |

NNR, as Trustee - Singles Roof
Attorney
Invoice # 99150

Fox Swibel Levin & Carroll LLP
February 3, 2021
Page # 6

### *Asset Investigation and Recovery*

| | | | | | |
|---|---|---|---|---|---|
| 10/10/2014 | ADB | NNR-B | Telephone call with N. Reid re: auction (.2); began drafting Trustee's Report of Sale (.2) | 0.40 hrs @ 185.00/hr | 74.00 |
| 10/17/2014 | ADB | NNR-B | Review email from K. Goin re: Sale | 0.10 hrs @ 185.00/hr | 18.50 |
| 11/06/2014 | ADB | NNR-B | Telephone calls with K. Goin and N. Reid re: auction proceeds (.2); met with K. Goin re: auction proceeds allocation/breakdown (.4) | 0.60 hrs @ 185.00/hr | 111.00 |
| 11/07/2014 | ADB | NNR-B | Review email from K. Goin re: Executed Bill of Sale (.1); review emails to and from J. Glindeman and K. Goin re: VW payoff (.1). | 0.20 hrs @ 185.00/hr | 37.00 |
| 11/13/2014 | ADB | NNR-B | Review email from K. Goin re: letter to Volkswagen Credit | 0.10 hrs @ 185.00/hr | 18.50 |
| 01/05/2015 | ADB | NNR-B | Reviewed letter from BMW Financial Service re: refund due to the Estate | 0.10 hrs @ 185.00/hr | 18.50 |
| 01/07/2015 | ADB | NNR-B | Reviewed letter from BMW re: refund to the Estate (.1); telephone call with N. Reid re: same (.1) | 0.20 hrs @ 185.00/hr | 37.00 |
| 02/04/2015 | ADB | NNR-B | Telephone call with N. Reid and D. Dawson re: attorneys fees (.1); met with N. Reid re: status/final report and FSLC fees (.1); email to D. Dawson re: sale of vehicles sold at auction (.1) | 0.30 hrs @ 185.00/hr | 55.50 |
| 04/24/2015 | ADB | NNR-B | Reviewed email from N. Reid re: Auction Expenses | 0.10 hrs @ 185.00/hr | 18.50 |
| 05/21/2015 | ADB | NNR-B | Revise Trustee's Sale Report (.3); email to N. Reid re: same (.1) | 0.40 hrs @ 185.00/hr | 74.00 |
| 07/01/2015 | KYM | NNR-B | E-filing Report of Sale | 0.30 hrs @ 185.00/hr | 55.50 |
| 10/26/2020 | SLV | NNR-B | analysis of motion to approve settlement and docket for objections (.4); attend call with N. Reid re case background (.1); prepare for and attend hearing no Motion to Approve Settlement (.8); draft follow up to N. Reid re outcome and follow up with E. Anderson re conversion to fill-able order (.1). | 1.40 hrs @ 390.00/hr | 546.00 |
| 10/27/2020 | EBA | NNR-B | Conferred with SLV re preparing fillable proposed order (.1); prepared same and transmitted to SLV (.1) | 0.20 hrs @ 235.00/hr | 47.00 |
| 10/27/2020 | SLV | NNR-B | Attend call with E. Anderson re revised order (.1); analysis of J. Barnes procedures and Draft Orders to Follow and revise Order granting Motion to Approve Settlement (.3). | 0.40 hrs @ 390.00/hr | 156.00 |
| 10/29/2020 | SLV | NNR-B | Attend call with R. Handler re status of order (.1). | 0.10 hrs @ 390.00/hr | 39.00 |
| 11/02/2020 | SLV | NNR-B | Attend to drafting order and cover e-mail to counsel (.4) | 0.40 hrs @ 390.00/hr | 156.00 |

NNR, as Trustee - Singles Roof                                    Fox Swibel Levin & Carroll LLP
Attorney                                                                     February 3, 2021
Invoice # 99150                                                                     Page # 7

### Asset Investigation and Recovery

| | | | | | |
|---|---|---|---|---|---:|
| 11/03/2020 | SLV | NNR-B | Attend to matters related to preparation of DOTF and e-mail counsel re same | 0.40 hrs @ 390.00/hr | 156.00 |
| 11/09/2020 | SLV | NNR-B | Finalize order, create exhibit and send to J. Barnes | 0.50 hrs @ 390.00/hr | 195.00 |
| 11/18/2020 | SLV | NNR-B | Attend call with J. Barnes clerk re DOTF and submit follow up e-mail to corrected e-mail address (.3). | 0.30 hrs @ 390.00/hr | 117.00 |

| | |
|---|---:|
| **Total for: Asset Investigation and Recovery** | **$18,759.00** |
| **Total Professional Services:** | **$18,759.00** |

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---:|---:|
| NNR | Reid, Neville N | 20.80 | $10,121.00 |
| SLV | Vanderporten, Steve L | 3.50 | $1,365.00 |
| EBA | Anderson, Eric B | 0.20 | $47.00 |
| KYM | McFarland, Kimberly Yvette | 0.30 | $55.50 |
| ADB | Bouse, Anabelle D | 22.70 | $4,182.50 |
| CAL | Lukey, Cynthia A | 0.70 | $126.00 |
| EGP | Peterson, Elizabeth G. | 11.20 | $2,862.00 |

## BILL SUMMARY

| | |
|---|---:|
| TOTAL CHARGES THIS INVOICE | $18,759.00 |
| **BALANCE DUE UPON RECEIPT** | **$18,759.00** |

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

|  | EXHIBIT B-3 |
|---|---|

February 3, 2021

Invoice: 99151

FHSLC
FHSLC

File Number: 04958-002

Billed Through: 02/02/2021

## NNR, as Chapter 7 Trustee/Singles Roofing Co - Attorney Matters

## *PROFESSIONAL SERVICES*

### *Professional Retention and Compensation*

| Date | Initials | Task | Description | Rate | Amount |
|---|---|---|---|---|---|
| 08/10/2010 | NNR | NNR-C | Conflict search for Singles Roofing. | 0.10 hrs @ 450.00/hr | 45.00 |
| 08/25/2010 | EGP | NNR-C | Draft FHSLC employment application and related documents. | 0.70 hrs @ 240.00/hr | 168.00 |
| 08/27/2010 | EGP | NNR-C | Begin draft of Stonegate's employment application and related documents. | 1.00 hrs @ 240.00/hr | 240.00 |
| 08/30/2010 (2) lumping | EGP | NNR-C | <u>Update Stonegate Employment Application and prepare affidavit, and send all documents to N. Reid.</u> | 1.20 hrs @ 240.00/hr  reduced 10% to total $259.2 | 288.00 |
| 08/31/2010 | NNR | NNR-C | Draft, edit, revise affidavit to retain Stonegate. Discussion with D. Hirschfield re same. Organize meeting with Hanover re receivables. | 1.10 hrs @ 450.00/hr | 495.00 |
| 08/31/2010 | NNR | NNR-C | Further analysis, discussion re affidavit for retention of Stonegate. Emails, discussion re meeting with Hanover's counsel. | 0.50 hrs @ 450.00/hr | 225.00 |
| 09/01/2010 | AFJ | NNR-C | Work on service list for employment applications. | 1.20 hrs @ 155.00/hr | 186.00 |
| 09/01/2010 | EGP | NNR-C | Work on service list for FHSLC and Stonegate employment applications, and confer with A. Jordan regarding the same. | 0.70 hrs @ 240.00/hr | 168.00 |
| 09/02/2010 | EGP | NNR-C | Email B. Blagoue and review FHSLC billing records regarding retroactive date for FHSLC Employment Application (.2). Update Stonegate Employment Application (.9). Update FHSLC Employment Application (.8). | 1.90 hrs @ 240.00/hr | 456.00 |
| 09/02/2010 | RGB | NNR-C | Spoke with A. Jordan re: preparing service of our fee application. | 0.10 hrs @ 125.00/hr | 12.50 |
| 09/03/2010 | AFJ | NNR-C | Assist with preparation of FHSLC and Stonegate employment applications. | 1.00 hrs @ 155.00/hr | 155.00 |

NNR, as Trustee - Singles Roof
Attorney
Invoice # 99151

Fox Swibel Levin & Carroll LLP
February 3, 2021
Page # 2

### *Professional Retention and Compensation*

| Date | Initials | Matter | Description | Hours/Rate | Amount |
|------|----------|--------|-------------|-----------|--------|
| 09/03/2010 | EGP | NNR-C | Email A. Jordan regarding revisions that need to be made to FHSLC and Stonegate employment applications. | 0.10 hrs @ 240.00/hr | 24.00 |
| 09/03/2010 | EGP | NNR-C | Confer with N. Reid regarding upcoming employment applications (.1). Email A. Jordan about employment applications that will need to be filed next week (.1). Email A. Jordan regarding notice and presentment hearing requirements (.1). Email A. Jordan about updates and revisions that will be necessary for various employment applications (.2). | 0.50 hrs @ 240.00/hr | 120.00 |
| 09/03/2010 | RGB | NNR-C | Review service list and organize materials re: FHSLC Employment Application (.8); prepare materials for mailing to service list re: same (3.0); spoke to N. Reid and A. Jordan re: same (.5). | 4.30 hrs @ 125.00/hr | 537.50 |
| 09/05/2010 | EGP | NNR-C | Review and update FHSLC employment application (.3). Review and update Stonegate employment application (.1). | 0.40 hrs @ 240.00/hr | 96.00 |
| 09/06/2010 | EGP | NNR-C | Continue updating FHSLC and Stonegate employment applications, and send to N. Reid for review. | 0.40 hrs @ 240.00/hr | 96.00 |
| 09/07/2010 | AFJ | NNR-C | Revise service list. | 0.20 hrs @ 155.00/hr | 31.00 |
| 09/07/2010 | EGP | NNR-C | Email N. Reid regarding draft of Stand-Alone 506c Stipulation (.1). Update N. Reid affidavit for FHSLC employment application (.2). | 0.30 hrs @ 240.00/hr | 72.00 |
| 09/07/2010 | NNR | NNR-C | Edit, revise retention application (1.5). Prepare for meeting with Hanover (1.0). Discussion with Stonegate re next steps (1.0). | 3.50 hrs @ 450.00/hr | 1,575.00 |
| 09/08/2010 | AFJ | NNR-C | Assist with preparation and filing Employment Applications for FHSLC and the Stonegate Group. | 1.20 hrs @ 155.00/hr | 186.00 |
| 09/08/2010 | EGP | NNR-C | Prepare FHSLC employment application for e-filing (.3). Prepare Stonegate employment application for e-filing (.2). Confer with N. Reid about Priester Claim oversight, and email T. Jordan regarding need to refile FHSLC employment application (.2). Revise application and affidavit to reflect Priester Claim (.6); confer with N. Reid regarding outstanding employment applications (.1). | 1.40 hrs @ 240.00/hr | 336.00 |
| 09/09/2010 | AFJ | NNR-C | Assist with preparation and filing Notice of Withdrawal and Application to Employ FHSLC. | 1.00 hrs @ 155.00/hr | 155.00 |
| 09/09/2010 | EGP | NNR-C | Prepare notice of withdrawal of FHSLC employment application (.1). Confer with T. Jordan regarding notice of withdrawal of FHSLC employment application and refiling FHSLC employment application (.1). | 0.20 hrs @ 240.00/hr | 48.00 |

NNR, as Trustee - Singles Roof | Fox Swibel Levin & Carroll LLP
Attorney | February 3, 2021
Invoice # 99151 | Page # 3

### Professional Retention and Compensation

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/14/2010 | EGP | NNR-C | Review Motion for Relief from Stay prior to hearing (.4). Appear in court to present FHSLC and Stonegate employment applications (1.0). Review N. Reid affidavit and confer with N. Reid (.4). Conference call with N. Reid and D. Hirschfield regarding Stonegate's relationship with First Midwest Bank and fee arrangement (.1). | 1.90 hrs @ 240.00/hr | 456.00 |
| 09/14/2010 | NNR | NNR-C | Call with E. Peterson re conflicts question for Singles Roofing case, and discussion with K. Gleason re same (.1); follow up discussion with E. Peterson re outcome of retention hearing and steps to address Judge's concerns (.3). Further discussion with Katie Gleason re same (.2). | 0.60 hrs @ 450.00/hr | 270.00 |
| 09/17/2010 | EGP | NNR-C | Revise affidavit of N. Reid in support of Trustee's Application to Employ FHSLC as General Bankruptcy Counsel. | 0.40 hrs @ 240.00/hr | 96.00 |
| 09/20/2010 | EGP | NNR-C | Update N. Reid Affidavit for FHSLC Employment Application (.1). Telephone conference with N. Reid regarding the Amended N. Reid Affidavit for the FHSLC Employment Application and Rule 2014(a) (.1). Prepare for tomorrow's hearing, review motions for relief from stay, and confer with N. Reid (.8). Revise Stonegate Employment Application (.7). Email D. Hischfield to request additional information for the Stonegate Employment Application (.1). | 1.80 hrs @ 240.00/hr | 432.00 |
| 09/20/2010 | NNR | NNR-C | Review Amended Application and Affidavit; discussion with E. Peterson re same. | 0.30 hrs @ 450.00/hr | 135.00 |
| 09/21/2010 | EGP | NNR-C | Court appearance (.6). Update Stonegate Employment Application (.6). Confer with N. Reid regarding court appearance and Judge Sonderby's requests and questions regarding the Stonegate Employment Application (.1). Email L. Swibel and A. Salas regarding the amount of FHSLC's revenue generated by fees from the Stonegate Group (.1). Call M. Van Donselaar, counsel for Stock Building Supply Midwest, regarding hearing on their Motion for Relief from Stay (.1). | 1.70 hrs @ 240.00/hr | 408.00 |
| 09/21/2010 | NNR | NNR-C | Discussion with E. Peterson re hearing on retention applications. | 0.10 hrs @ 450.00/hr | 45.00 |
| 09/22/2010 | EGP | NNR-C | Update D. Hirschfield affidavit for Stonegate Employment Application with information regarding FHSLC's representation of Stonegate. | 0.10 hrs @ 240.00/hr | 24.00 |
| 09/24/2010 | EGP | NNR-C | Review file (.1). Call K. Gleason regarding Stonegate Employment Application (.1). Update D. Hirschfield Affidavit and send to N. Reid for approval before sending to K. Gleason (.4). Update draft of 506(c) stipulation for N. Reid (.3). | 0.90 hrs @ 240.00/hr | 216.00 |

| NNR, as Trustee - Singles Roof | | Fox Swibel Levin & Carroll LLP |
|---|---|---|
| Attorney | | February 3, 2021 |
| Invoice # 99151 | | Page # 4 |

### *Professional Retention and Compensation*

| | | | | | |
|---|---|---|---|---|---|
| 09/27/2010 | EGP | NNR-C | Call D. Hirschfield regarding revisions to affidavit for Stonegate Employment Application (.1). Update D. Hirschfield Affidavit and send to D. Hirschfield for approval (.2).  Review Ally Financial Motion for Relief from Stay and confer with N. Reid (.5).  Draft and send email with D. Hirschfield Affidavit to K. Gleason at the US Trustee's office for approval (.2). Prepare for tomorrow's hearing (.7). | 1.70 hrs @ 240.00/hr | 408.00 |
| 09/27/2010 | NNR | NNR-C | Resolve issues re retention of Stonegate (.2). Discussion with D. Hirschfield re receivables issues, retention issues, case strategy (.2). Review affidavit for Stonegate Employment Application (.1). | 0.50 hrs @ 450.00/hr | 225.00 |
| 09/28/2010 | EGP | NNR-C | Court appearance (.6).  Email and telephone conference with N. Reid regarding status of Stonegate Employment Application and necessary revisions to the D. Hirschfield affidavit and proposed order (.2). Amend the proposed order to grant the Stonegate Employment Application and email K. Gleason regarding the changes (.3).  Telephone conference with K. Gleason regarding the Stonegate Employment Application (.1).  Prepare filing copy of D. Hirschfield affidavit and give affidavit to D. Hirschfield for signature and notarization (.1). Prepare D. Hirschfield affidavit and proposed order for e-filing, and confer with T. Jordan regarding the same (.4). | 1.70 hrs @ 240.00/hr | 408.00 |
| 09/29/2010 | AFJ | NNR-C | T/t Judge Sonderby's courtroom deputy re Amended Affidavit of D. Hirschfield and proposed order (.2.). O/c/w N. Reid re. indexing Singles Roofing materials (.2). Index Singles Roofing materials (5.2). File Amended Affidavit and proposed order (.8). | 6.40 hrs @ 155.00/hr | 992.00 |
| 11/16/2010 | EGP | NNR-C | Begin drafting Popowcer Katten employment application (.8). | 0.80 hrs @ 240.00/hr | 192.00 |
| 11/17/2010 | EGP | NNR-C | Revise draft of Popowcer Katten employment application and proposed order (.4). Review recent filings (.1). | 0.50 hrs @ 240.00/hr | 120.00 |
| 11/17/2010 | RGB | NNR-C | Met with E. Peterson re: overview of Katten employment application (.20); updated service list re: same (.10); reviewed docket and updated pleadings folder (.20); emails to N. Reid, E. Peterson, and R. Schultz re: same (.20) | 0.70 hrs @ 125.00/hr | 87.50 |
| 11/19/2010 | EGP | NNR-C | Review affidavit from L. West and prepare Popowcer Katten Employment Application for filing on Monday. | 0.40 hrs @ 240.00/hr | 96.00 |
| 11/22/2010 | RGB | NNR-C | Reviewed, prepared, and filed Katten Employment Application (.70); executed service mailing re: same (.20); exchanged emails and phone calls with E. Peterson re: same (.30) | 1.20 hrs @ 125.00/hr | 150.00 |

NNR, as Trustee - Singles Roof                                          Fox Swibel Levin & Carroll LLP
Attorney                                                                            February 3, 2021
Invoice # 99151                                                                       Page # 5

### Professional Retention and Compensation

| Date | | | Description | Hours/Rate | Amount |
|------|---|---|-------------|-----------|--------|
| 11/30/2010 | EGP | NNR-C | Prepare for tomorrow's hearing on Trustee's application to employ Popowcer Katten as tax accountant and review NMAC's Motion for Relief from Stay. | 0.30 hrs @ 240.00/hr | 72.00 |
| 12/01/2010 | EGP | NNR-C | Go to court for hearing on Popowcer Katten employment application and NMAC Motion for Relief from Stay. | 0.40 hrs @ 240.00/hr | 96.00 |
| 02/10/2012 | EGP | NNR-C | TC with N. Reid and D. Dawson about status of case and Nisen & Elliott's employment application. | 0.10 hrs @ 255.00/hr | 25.50 |
| 02/13/2012 | EGP | NNR-C | Review Nisen & Elliott employment application, and email to D. Dawson and B. Kirk with comments. | 0.20 hrs @ 255.00/hr | 51.00 |
| 02/16/2012 | EGP | NNR-C | Prepare agenda for status call with N. Reid, D. Dawson, and B. Kirk. | 0.10 hrs @ 255.00/hr | 25.50 |
| 02/19/2012 | EGP | NNR-C | Review most recent draft of Nisen & Elliott employment application. | 0.20 hrs @ 255.00/hr | 51.00 |
| 08/11/2014 | ADB | NNR-C | Met with N. Reid re: employment applications. | 0.20 hrs @ 185.00/hr | 37.00 |
| 08/13/2014 | ADB | NNR-C | Revise Application to Employ Auctioneer (.7); draft motion to approve auction (1.6); review email from C. Winternitz re: auction agreement (.1). | 2.40 hrs @ 185.00/hr | 444.00 |
| 08/14/2014 | ADB | NNR-C | Revise application to employ auctioneer. | 0.40 hrs @ 185.00/hr | 74.00 |
| 08/15/2014 | ADB | NNR-C | Revise applicaiton to employ auctioneer (.2); review emails from N. Reid, C. Winternitz and K. Goin re: vehicles/titles (.4); telephone call with K. Goin re: copy of title to auctioneer (.1); telephone call with N. Reid re: application to employ auctioneer (.3). | 1.00 hrs @ 185.00/hr | 185.00 |
| 09/08/2014 | ADB | NNR-C | Review email from N. Reid re: vehicle/vin (.1); telephone call with N. Reid re: employment/sale motion (.1). | 0.20 hrs @ 185.00/hr | 37.00 |
| 09/11/2014 | ADB | NNR-C | Telephone call with N. Reid re: Sale Motion and Employment Motion (.3); revise application to employ auctioneer (.2); telephone call with N. Reid re: same (.2); telephone call with C. Winternitz re: professional cv and application to employ auctioneer (.4); review numerous emails from N. Reid re: same (.3); revise, file, serve and docket the Trustee's Application to Employ Auctioneer (1.4). | 2.80 hrs @ 185.00/hr | 518.00 |
| 09/12/2014 | ADB | NNR-C | Telephone call with Clerk of the Court re: Application to Employ filed (.1). | 0.10 hrs @ 185.00/hr | 18.50 |

NNR, as Trustee - Singles Roof
Attorney
Invoice # 99151

Fox Swibel Levin & Carroll LLP
February 3, 2021
Page # 6

### Professional Retention and Compensation

| Date | TK | Matter | Description | Time | Amount |
|---|---|---|---|---|---|
| 09/17/2014 | ADB | NNR-C | Telephone calls with N. Reid re: Asset Management Agreement (.1); efile exhibit 4 to Application to Employ Winternitz (.1); telephone call with the Court re: same (.2); revise and file proposed order granting application to employ Winternitz (.2); telephone call with N. Reid re: same (.2); review emails from C. Winternitz and N. Reid re: marketing (.3); telephone calls with C. Winternitz re: affidavit (.3); review emails from N. Reid re: same (.2); email to Judge Barnes re: same (.1); telephone calls with N. Reid re: sale (.2). | 1.90 hrs @ 185.00/hr | 351.50 |
| 09/17/2014 | NNR | NNR-C | prepare for/attend hearing re retention of auctioneer and follow up edits re order | 0.80 hrs @ 495.00/hr | 396.00 |
| 02/09/2015 | ADB | NNR-C | Review email from D. Dawson re: Motion to Pay Special Counsel | 0.10 hrs @ 185.00/hr | 18.50 |
| 02/17/2015 | ADB | NNR-C | Telephone call with N. Reid re: Motion to Pay Special Counsel | 0.10 hrs @ 185.00/hr | 18.50 |
| 05/11/2015 | ADB | NNR-C | Met with N. Reid re: Fee Application | 0.10 hrs @ 185.00/hr | 18.50 |
| 05/13/2015 | ADB | NNR-C | Reviewed email from N. Reid re: Dawson's fee application | 0.10 hrs @ 185.00/hr | 18.50 |

**Total for: Professional Retention and Compensation**    **$12,931.50**

**Total Professional Services:**    **$12,931.50**

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| NNR | Reid, Neville N | 7.50 | $3,411.00 |
| ADB | Bouse, Anabelle D | 9.40 | $1,739.00 |
| RGB | Baker, Robert Grant | 6.30 | $787.50 |
| EGP | Peterson, Elizabeth G. | 22.00 | $5,289.00 |
| AFJ | Jordan, Anthony F | 11.00 | $1,705.00 |

## BILL SUMMARY

| | |
|---|---|
| TOTAL CHARGES THIS INVOICE | $12,931.50 |
| **BALANCE DUE UPON RECEIPT** | **$12,931.50** |

# FOX SWIBEL

| EXHIBIT |
| **B-4** |

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

February 3, 2021

Invoice: 99152

FHSLC
FHSLC

File Number: 04958-002

Billed Through: 02/02/2021

## NNR, as Chapter 7 Trustee/Singles Roofing Co - Attorney Matters

### *PROFESSIONAL SERVICES*

#### *Creditor Claim Analysis*

| Date | Init | Task | Description | Time | Amount |
|------|------|------|-------------|------|--------|
| 01/22/2013 | ADB | NNR-D | Review claim filed by the Chicago Regional Counsel of Carpenters. | 0.10 hrs @ 185.00/hr | 18.50 |
| 02/25/2013 | ADB | NNR-D | Download proofs of claims (.3); update the claims spreadsheet with recently filed claim info. (.7). | 1.00 hrs @ 185.00/hr | 185.00 |
| 02/28/2013 | ADB | NNR-D | Download numerous proofs of claims filed by Ally Financial. | 3.90 hrs @ 185.00/hr | 721.50 |
| 03/04/2013 | ADB | NNR-D | Review and download proofs of claim filed by Ally Financial. | 0.10 hrs @ 185.00/hr | 18.50 |
| 03/06/2013 | ADB | NNR-D | Review email from K. Goin re: letter and proof of claim filed by Ragsdale Liggett. | 0.20 hrs @ 185.00/hr | 37.00 |
| 03/07/2013 | ADB | NNR-D | Download various proofs of claim. | 0.30 hrs @ 185.00/hr | 55.50 |
| 03/27/2013 | ADB | NNR-D | Review and download proof of claim filed. | 0.10 hrs @ 185.00/hr | 18.50 |
| 04/09/2013 | EGP | NNR-D | TC with creditor regarding submitting claim by mail. | 0.10 hrs @ 275.00/hr | 27.50 |
| 04/16/2013 | ADB | NNR-D | Download claim filed. | 0.10 hrs @ 185.00/hr | 18.50 |

| | |
|---|---|
| ***Total for: Creditor Claim Analysis*** | **$1,100.50** |
| **Total Professional Services:** | **$1,100.50** |

NNR, as Trustee - Singles Roof                                    Fox Swibel Levin & Carroll LLP
Attorney                                                          February 3, 2021
Invoice # 99152                                                   Page # 2

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| ADB | Bouse, Anabelle D | 5.80 | $1,073.00 |
| EGP | Peterson, Elizabeth G. | 0.10 | $27.50 |

### *BILL SUMMARY*

| | |
|---|---|
| TOTAL CHARGES THIS INVOICE | $1,100.50 |
| BALANCE FORWARD | $0.00 |
| **BALANCE DUE UPON RECEIPT** | **$1,100.50** |